# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRITTANI DANETTE ATKINS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:21-cv-02408 |
| | ) |
| v. | ) Honorable Robert M. Dow, Jr. |
| | ) |
| HEALTHCARE REVENUE RECOVERY GROUP, L.L.C., | ) Magistrate Judge Young B. Kim |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To: All Parties of Record

On September 15, 2021 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., or any Judge sitting in his stead, in courtroom number 1719 in the United States District Court of the Northern District of Illinois Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendant's Unopposed Motion for Entry of Agreed Protective Order.

Dated: September 2, 2021                                Respectfully submitted,


                                    By: /s/ Paul Gamboa
                                        Paul Gamboa, ARDC #6282923
                                        Krista Easom, ARDC #6320568
                                        Gordon Rees Scully Mansukhani, LLP
                                        One North Franklin; Suite 800
                                        Chicago, Illinois 60606
                                        Tel: (312) 619-4937
                                        Fax: (312) 565-6511

                                        *Attorney for Defendant*
                                        *Healthcare Revenue Recovery, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, on oath deposes and states that a true and correct copy of the foregoing in regard to the above captioned matter was filed with the U.S. District Court, Northern District of Illinois, Eastern Division by CM/ECF electronic filing on this 22nd day of June, 2021, and served upon all parties of record.

Dated: September 2, 2021            Respectfully submitted,

           By: /s/ Paul Gamboa
           Paul Gamboa, ARDC #6282923
           Krista Easom, ARDC #6320568
           Gordon Rees Scully Mansukhani, LLP
           One North Franklin; Suite 800
           Chicago, Illinois 60606
           Tel: (312) 619-4937
           Fax: (312) 565-6511

*Attorney for Defendant*
*Healthcare Revenue Recovery, L.L.C.*