UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Brittani Danette Atkins

                        Plaintiff,

v.                                                 Case No.: 1:21−cv−02408
                                                          Honorable Robert M. Dow Jr.

Healthcare Revenue Recovery Group LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 16, 2021:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion to compel [20] is denied without prejudice. The motion as it is framed is wholly inadequate. Plaintiff is ordered to refile her motion to compel by September 24, 2021, and detail the specific discovery responses that she seeks to have Defendant supplement and her argument why Defendant's responses are insufficient and/or objections should be overruled. Plaintiff is ordered to also attach the relevant discovery responses to the motion so that the court is informed of discovery requests and the responses that are in dispute. If a motion to compel is timely filed, Defendant is ordered to respond to the motion by October 8, 2021. No contact with this court is required at this time. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.