# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Brittani Danette Atkins

        Plaintiff,

v.         Case No.: 1:21−cv−02408
        Honorable Robert M. Dow Jr.

Healthcare Revenue Recovery Group LLC

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, October 2, 2021:

    MINUTE entry before the Honorable Young B. Kim: Defendant's unopposed motion for extension of time [26] is granted. The schedule the court issued on September 8, 2021, (R. 19), is stricken. The court will reset the fact discovery deadline when ruling on the pending motion to compel. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.