UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Brittani Danette Atkins
                                           Plaintiff,
v.                                         Case No.: 1:21−cv−02408
                                           Honorable Robert M. Dow Jr.
Healthcare Revenue Recovery Group LLC
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, October 9, 2021:

MINUTE entry before the Honorable Young B. Kim: In light of Defendant's response, (R. 29), and the court's confirmation with Plaintiff by email, Plaintiff's motion to compel [25] is denied as moot. Written discovery is now closed, except for supplementing earlier discovery responses as required under Rule 26(e) and serving requests to admit and subpoenas for records. If the parties wish to serve supplemental written discovery requests, they must seek leave of court by filing a motion and attaching the proposed set of supplemental requests as an exhibit to the motion. Parties now have until December 30, 2021, to complete all fact discovery. Plaintiff is ordered to serve her Rule 30(b)(6) deposition topics on Defendant by October 22, 2021, if she plans on deposing Defendant. Plaintiff is also ordered to serve her settlement demand on Defendant by the same deadline. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.