UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Brittani Danette Atkins

                                        Plaintiff,

v.                                                             Case No.: 1:21−cv−02408
                                                                           Honorable Robert M. Dow Jr.

Healthcare Revenue Recovery Group LLC

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 10, 2021:

       MINUTE entry before the Honorable Young B. Kim: Parties are ordered to file a joint status report by December 20, 2021, advising the court whether they require expert discovery. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.