## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Brittani Danette Atkins

                              Plaintiff,

v.                                                       Case No.: 1:21–cv–02408
                                                                Honorable Robert M. Dow Jr.

Healthcare Revenue Recovery Group LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 12, 2022:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Defendant's motion to file its 12(B)(1) motion to dismiss before setting a trial date [41] is granted. Plaintiff's motion to set a trial date [39] is granted in part as discussed on the record. Briefing schedule is as follows: Defendant's motion to dismiss is due by 5/13/2022; Plaintiff's response brief is due by 6/10/2022; Defendant's reply brief is due by 7/1/2022; the Court will issue a ruling by mail. In the event of a trial, parties anticipate it will take two days. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.