Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION

3

4    BRITTANI DANETTE ATKINS,              )
                                           )
5         Plaintiff,                       )
                                           )
6         -vs-                             ) No. 1:21-cv-02408
                                           )
7    HEALTHCARE REVENUE RECOVERY           )
     GROUP, L.L.C.,                        )
8                                          )
          Defendant.                       )

9

10

11

12        The videoconference deposition of
13   BRITTANI ATKINS, taken remotely before JUNE M.
14   FUNKHOUSER, CSR, RMR, and Notary Public, pursuant
15   to the Federal Rules of Civil Procedure for the
16   United States District Courts pertaining to the
17   taking of depositions, commencing at 9:54 a.m. on
18   December 14, 2021.

19

20

21

22

23

24   Job No. CS4984831

Page 2

```
 1        There were present via videoconference at
 2   the taking of this deposition the following
 3   counsel:
 4        MR. PAUL CAMARENA
          500 South Clinton, No. 132
 5        Chicago, Illinois  60607
          312.493.7494
 6        paulcamarena@paulcamarena.com
 7          on behalf of the Plaintiff;
 8        GORDON & REES LLP by
          MS. KRISTA EASOM
 9        One North Franklin, Suite 800
          Chicago, Illinois  60606
10        312.980.6766 | 312.565.6511 (fax)
          keasom@grsm.com
11
            on behalf of the Defendant.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1          I N D E X
 2   Witness:              Page
 3   BRITTANI ATKINS
 4   Direct Examination by Ms. Easom      5
 5
          E X H I B I T S
 6                         Page
     EXHIBIT 1              19
 7     Notice of Deposition of Plaintiff
       Brittani Danette Atkins
 8
     EXHIBIT 2              26
 9     United Healthcare Bill
       Bates HRRG005
10
     EXHIBIT 3              26
11     Letter, 1/14/20
       Bates HRRG003 - HRRG005
12
     EXHIBIT 4              35
13     Phone Record
14   EXHIBIT 5              40
       Complaint in Case 1:21-cv-02408
15
     EXHIBIT 6              61
16     Plaintiff's Rule 26(a)(1) Disclosures
17   EXHIBIT 7              75
       Complaint in Case 1:21-cv-01484
18
     EXHIBIT 8              76
19     Plaintiff's Responses to Defendant
       HRRG's First Set of Interrogatories
20     to Plaintiff
21   EXHIBIT 9              86
       Plaintiff's Responses to Defendant
22     HRRG's Request for Admissions
23
       NOTE:  Exhibits were provided for inclusion with
24        deposition transcripts.
```

Page 4

```
 1             (Whereupon the witness was
 2              duly sworn.)
 3        MS. EASOM:  Hi, Brittani.  So as Paul
 4   just said, my name is Krista.  I work for a law
 5   firm named Gordon & Rees, and we represent
 6   Healthcare Revenue Recovery Group, the defendant in
 7   this case.
 8        Just before we get started, Paul,
 9   should we just stipulate on the record that
10   everybody consents to taking the deposition
11   remotely and waives any objections in which the
12   manner the deposition is being taken?
13        MR. CAMARENA:  Yes, we can stipulate to
14   that.
15        MS. EASOM:  Okay; great.
16        So let the record reflect that this is
17   the deposition of Brittani Atkins.  The deposition
18   is proceeding pursuant to notice.  The deposition
19   will proceed in accordance with the Federal Rules
20   of Civil Procedure, the Federal Rules of Evidence,
21   and the local rules for the Northern District of
22   Illinois.
23
24
```

Page 5

```
 1          BRITTANI ATKINS
 2   witness herein, called for examination, having been
 3   first duly sworn, was examined and testified as
 4   follows:
 5          DIRECT EXAMINATION
 6   BY MS. EASOM:
 7     Q   Ms. Atkins, it's a pleasure to meet you.
 8   If at any point in time if you can't hear me or,
 9   you know, you feel like the connection is breaking
10   up, will you just go ahead and interject and let us
11   know?
12     A   Sure.
13     Q   Great.  Thank you.
14        So during this deposition I'm going to
15   ask you questions, and unless your attorney, you
16   know, tells you not to answer, you may hear him
17   object, but you're still going to answer the
18   question unless he specifically tells you not to
19   answer.
20        And when you do answer I ask that you
21   clearly, you know, give a yes or no answer.
22   Because we're in a deposition, if you nod your head
23   yes or no and do certain things like that like you
24   would in an in-person or in a conversation, it's
```

2 (Pages 2 - 5)

1  going to be hard for June to kind of capture those
2  answers since she's creating the record here today.
3  So if you could just be cognizant of that, that
4  will save us a little bit of time with having to
5  reask questions or confirm whether your answer was
6  yes or no.
7        Does that make sense?
8     A   Yes.
9     Q   What was that? I'm sorry?
10    A   Yes, it makes sense.
11    Q   Okay. Now, have you ever appeared in a
12  deposition before?
13    A   No.
14    Q   Okay. Have you ever been a witness at a
15  trial or anything like that?
16    A   No.
17    Q   Okay. So if you ever need a break, just
18  let me know. You know, it's totally fine if you
19  have to go to the bathroom or make a phone call,
20  just let us know and we can go ahead and take a
21  five-minute break, but I ask that you kind of think
22  of this as similar to how you would act in a
23  deposition in person. So, you know, I'd ask that
24  you don't text during the deposition and, you know,

1  you don't surf the internet or do things like that
2  that you wouldn't normally do in an in-person
3  deposition.
4        And, like I said, if you need to take
5  a break for any reason to handle something, just
6  let us know and we can hit the pause button and
7  take a five-minute break.
8     A   Okay.
9     Q   So where are you right now?
10    A   Right now I'm at home.
11    Q   You're at home? Okay.
12    A   Uh-huh.
13    Q   And where is that?
14    A   9524 South Troy Avenue, Apartment 1S,
15  Evergreen Park, Illinois, 60805.
16    Q   Okay; great.
17        And is anybody else in the room with
18  you right now?
19    A   No.
20    Q   And is anybody else in the house with you
21  right now or in your apartment?
22    A   No.
23    Q   Okay. Do you expect anybody to come
24  home, you know, during the deposition?

1     A   No.
2     Q   And I forgot to ask, do you mind just
3  spelling your name for me, your full name just to
4  make sure we have it correctly?
5     A   Brittani, B-r-i-t-t-a-n-i, Atkins,
6  A-t-k-i-n-s.
7     Q   Great. And do you have a middle name?
8     A   Danette, D-a-n-e-t-t-e.
9     Q   Okay. Thank you.
10        Have you ever gone by any other names?
11    A   No.
12    Q   And is that your maiden name or have you
13  ever been married before and taken another name?
14    A   No, that's my maiden name. Never
15  married.
16    Q   Okay. And do you live with anybody at
17  your apartment at 9525 South Troy?
18    A   My mother lives here. She's not here
19  right now.
20    Q   Okay. And what's your mother's name?
21    A   And my son. My son lives here, but he's
22  at school.
23    Q   Okay.
24    A   My mother is Sharon Atkins.

1     Q   Sharon Atkins, okay.
2     A   Uh-huh.
3     Q   And your son's name?
4     A   Payton, P-a-y-t-o-n, Harris.
5     Q   Harris, H-a-r-r-i-s?
6     A   Correct.
7     Q   Thank you.
8        And how old is Payton?
9     A   Payton is 12.
10    Q   12, okay. And how old are you?
11    A   I'm 36.
12    Q   36, okay. So have you been living in
13  Chicago your whole life or what states have you
14  lived in?
15    A   Yes, I've lived in Chicago my whole life.
16  I lived in Chicago, in Evergreen Park.
17    Q   Okay, in Evergreen Park. So you never
18  moved to Texas or anything like that? I did a
19  quick search of your name and Houston, Texas,
20  popped up. Was that maybe another Brittani Atkins
21  or did you live in Texas for a while?
22    A   No, no, no, no. I am transitioning to
23  Texas. I have two places in Chicago. I have a
24  place on 88th and Marshfield in Chicago that I own,

Page 10

1  and I have another building here, 9524 Troy, and
2  now I'm acquiring another place in Texas, yes. I
3  have real estate, but right now my primary address
4  and my mailing address should be listed at.
5  9524 South Troy Avenue, yes.
6      Q   Got it. And you said you own that
7  apartment now?
8      A   I do not own that apartment. I own the
9  space on 88th and Marshfield.
10     Q   Okay.
11     A   I'm looking into acquiring that apartment
12 on 9524 Troy. We've been in talks about it because
13 I've been there for a little bit now. And then
14 there's a townhouse in Texas, Pearland, not
15 Houston, Pearland, Texas, that I am acquiring right
16 now.
17     Q   Awesome. And the address at 88th and
18 Marshfield, is that in Chicago?
19     A   Yes, 8844 South Marshfield Avenue. I own
20 that one.
21     Q   And do you rent it out or do family
22 members live there?
23     A   Yeah, I have -- I had a tenant in there
24 now, they've moved out, and now I'm going to

Page 11

1  acquire a new tenant.
2      Q   Okay. And then the address in Texas, do
3  you have a specific address or are you shopping
4  around for a home?
5      A   I'm shopping around right now. I do have
6  a specific address in mind, but that wouldn't be
7  relevant right now I don't think.
8      Q   We're going to go over your education,
9  work experience. Could you let us know what's your
10 highest level of education?
11     A   I have a bachelor's of science degree.
12     Q   Okay. And where did you get that?
13     A   Lewis University.
14     Q   Lewis. And where is that located?
15     A   Romeoville, Illinois.
16     Q   And what was your bachelor's degree in,
17 is it a specific major like political science or
18 something like that?
19     A   Forensic criminal investigations.
20     Q   Criminal investigations, okay. And when
21 did you graduate?
22     A   May of 2007.
23     Q   And then before that did you attend
24 college right after high school?

Page 12

1      A   I did.
2      Q   Okay. And where did you go to high
3  school?
4      A   Kenwood Academy in Chicago.
5      Q   And when did you graduate?
6      A   2003.
7      Q   Now after college -- we're just going to
8  go over your employment history a little bit just
9  so we can get a feel of your background a little
10 bit more. After you graduated college in 2007 what
11 was your first job?
12     A   My first job was Southwest Airlines.
13     Q   What was your position?
14     A   Customer service.
15     Q   And how long were you at Southwest?
16     A   13 years.
17     Q   13 years, okay. Customer service, so
18 that brings us to --
19     A   Today. Last year. Last year. I left
20 Southwest last year.
21     Q   2020.
22     A   Yeah.
23     Q   Do you remember about what month you left
24 Southwest?

Page 13

1      A   August.
2      Q   August 2020.
3      A   Uh-huh.
4      Q   And did you -- did you travel to
5  Southwest -- I mean, did your job require any
6  travel or did you go to a Southwest location to,
7  you know, attend work here in Chicago? Or did you
8  work remotely?
9      A   Yeah, I worked in Chicago. I traveled as
10 a trainer here and there but that would be Dallas,
11 Texas, but primarily my station was Chicago-Midway
12 Airport.
13     Q   Chicago-Midway, okay. And did you need
14 to get any sort of professional certificates or
15 training at all after you graduated college or, you
16 know, during your employment at Southwest did you
17 get any sort of trainings or certificates or
18 anything like that?
19     A   As it relates to Southwest or in general?
20     Q   Both. You know, did you have any sort of
21 side jobs that you did or side businesses that you
22 started during your time at Southwest?
23     A   Yeah. Actually, I have several
24 certifications from Southwest, one being Six Sigma

4 (Pages 10 - 13)

Page 14

1 training. I have an insurance license. So I'm
2 very capable of selling insurance, which is what
3 I'm doing now, and yeah.
4    Q   So did you leave Southwest to start the
5 insurance -- to pursue your insurance business?
6    A   It was started before I left. I left
7 because early retirement was offered to us during
8 the pandemic. Obviously I've been there for quite
9 some time, so I decided my time was up.
10    Q   Okay. Something popped up, Atkins
11 Financial Solutions, LLC. Is that a business that
12 you started?
13    A   Yes, that is me.
14    Q   Okay. And what kind of business is that?
15    A   It's financial consulting basically for
16 individuals and different businesses also.
17    Q   And when did you start that business?
18    A   We started that business in 2019. 2019.
19    Q   And is that your main source of income
20 now?
21    A   Yeah. Yeah, yeah.
22    Q   Going back to the insurance certificates,
23 the insurance license you have, is there a
24 particular area that you specialize in? What's

Page 15

1 the --
2    A   Life.
3    Q   Oh, go ahead.
4    A   Life insurance.
5    Q   Life insurance. And are you affiliated
6 with any sort of insurance company?
7    A   Right now I am affiliated with FFL, which
8 is Family First Life Insurance Company.
9    Q   Okay. Going back to Atkins Financial,
10 LLC, do you have a website for that business?
11    A   I do not.
12    Q   Okay. And do you have a separate phone
13 number for that business?
14    A   I do.
15    Q   Okay. And what is that phone number?
16    A   312/610-2220.
17    Q   And do you have a separate e-mail address
18 for that business?
19    A   I do.
20    Q   And what is that?
21    A   batkins@atkinsfinancial.org.
22    Q   And do you have a brick-and-mortar
23 location for that business?
24    A   I do not. I have a -- a virtual office

Page 16

1 for that location, yeah.
2    Q   Okay. Now, what -- do you have two
3 separate cell phones for your personal use and for
4 your business?
5    A   I do.
6    Q   Okay. And what is your personal cell
7 phone number?
8    A   773
9    Q   Okay. And is that the same telephone
10 number that you received calls from Healthcare
11 Revenue Recovery Group?
12    A   That is the phone number, yes, the 773
13 number.
14    Q   Okay. And what make -- what make and
15 model is your cell phone that you have right now,
16 your personal cell phone?
17    A   It's a Samsung Galaxy Note.
18    Q   Okay. And is that the same cell phone
19 you had when you received the calls from Healthcare
20 Revenue Recovery Group?
21    A   That's correct.
22    Q   Okay. And what cell phone carrier do you
23 use, like Verizon, T-Mobile, Sprint?
24    A   T-Mobile.

Page 17

1    Q   T-Mobile. And do you use that cell phone
2 carrier for both your business and your personal
3 phone?
4    A   That is correct.
5    Q   Have you had any other creditors appear
6 on your credit report besides Healthcare Revenue
7 Recovery Group?
8    A   Yes, there was a few.
9    Q   And can you name those other creditors
10 that were on your credit report?
11    A   Oh, I would have to pull my credit
12 report. No, I don't know right offhand.
13    Q   Okay. If you had to guess, I mean, how
14 many different creditors were listed on there? Do
15 you have like a number in mind? Was it two, five?
16    A   Maybe three or four, maybe, at some
17 particular point.
18        Now when you say listed on my credit
19 report, positive things are also listed on your
20 credit report, as you may know, so are you meaning
21 negative creditors or creditors in general?
22    Q   Outstanding creditors similar to the
23 outstanding balance that Healthcare Revenue
24 Recovery Group --

5 (Pages 14 - 17)

Page 18

1    A    Okay.  So, no, not three or four.  I
2  apologize for that.  Probably one or two.  A
3  couple.
4    Q    Okay.
5    A    I don't make it a habit of having
6  creditors call me all the time.
7    Q    Yeah.  Was Capital One Bank one of them
8  potentially?
9    A    Capital One Bank.  Could have been a
10  while ago.  Was that 2000 and something, yeah?
11  More than seven years ago?
12    Q    I'm not sure.  I don't have the date
13  right here, but if it --
14    A    Yeah, that's way irrelevant.  That was
15  way more than seven years ago.  That was fresh out
16  of college, so that is not in question right now.
17  That was long, long ago.
18    Q    Have you ever filed for bankruptcy?
19    A    I have, yes.
20    Q    Okay.  And is it -- was it in 2013 and
21  2017?
22    A    Yes.  The 2017 one we didn't really
23  finish that, so I don't know if that really counts.
24  But, yes, in 2013 I did do a bankruptcy.

Page 19

1    Q    Okay.  And, you know, I actually forgot to
2  ask in the beginning of the deposition, do you have
3  any papers or documents in front of you right now?
4    A    No.  Just a little notes pad.
5    Q    Notepad?
6    A    Uh-huh.
7    Q    Okay.  Could you just let us know if you
8  pull up any documents during the deposition?
9    A    Yeah, sure.  I don't have anything but
10  that in case I need to write anything down.
11    Q    Okay.  And did you review any documents
12  in preparation of the deposition today?
13    A    No.  I don't have any documents to
14  review.  I just understood that I was here to
15  answer some questions.
16    Q    And your driver's license now, is that a
17  Texas driver's license or an Illinois driver's
18  license?
19    A    My driver's license right now is a Texas
20  driver's license.
21    Q    Texas, okay.
22    A    Yes.
23           (Document was marked Exhibit 1
24             for identification.)

Page 20

1  BY MS. EASOM:
2    Q    So I'm going to pull up -- I'm going to
3  share my screen with you for a second here and just
4  pull up what we're going to mark as Exhibit 1.
5           Can you let me know what you see on
6  your screen?
7    A    In the United States District Court for
8  the Northern District of Illinois, Eastern
9  Division, Brittani Danette versus Healthcare
10  Revenue Recovery Group, notice of deposition.
11    Q    Okay.  Is there anything else that you
12  see on the screen or just that one document?
13    A    Just that one document.
14    Q    So have you ever seen this before, the
15  notice of deposition, before today?
16    A    No.  Not that I know of.
17    Q    Okay.  This is just a notice that we sent
18  to your attorney, Paul, you know, indicating that
19  your deposition is today and at 10:00 a.m.
20    A    Yeah, he told me about it.
21    Q    Okay.
22           THE WITNESS:  Did you send this to me,
23  Paul?
24           MR. CAMARENA:  No, I didn't send it to

Page 21

1  you.  We just talked about it, which is fine.
2           THE WITNESS:  Oh, okay.  I'm like should
3  I have it?
4  BY MS. EASOM:
5    Q    No, no.  That's fine.
6    A    Okay.
7    Q    I'm just trying to, you know, get a feel
8  for, you know, what you've seen --
9    A    Yeah.  I was making sure like did I miss
10  an e-mail or something.  I didn't know if I should
11  have this or not.
12    Q    Oh, no.  It's quite all right.
13           You know, before the deposition, you
14  know, we sent this to your attorney and, you know,
15  we included this Exhibit A, this deposition rider,
16  so I'm assuming that you haven't seen this either
17  asking you to bring, you know, documents to the
18  deposition?
19    A    Oh.  No.
20    Q    Okay.
21    A    What should I have brought to this?
22    Q    No, no.  You don't have to worry about --
23    A    Oh.
24    Q    Yeah.  I just am trying to find out if

6 (Pages 18 - 21)

Page 22

1    you've seen this before. That's all.
2        A    Okay.
3        Q    But no problem. We'll keep it moving.
4            So I kind of just want to get an
5    understanding of the kind of timeline of events
6    starting with the medical services you received
7    back in 2019. So do you remember visiting Little
8    Company of Mary in September of 2019?
9        A    It's possible. I'm sure if they said I
10   was there in September I was probably there in
11   September. It's very possible. I've been diabetic
12   since I was ten, so hospital visits are not new for
13   me.
14       Q    Okay.
15       A    But I'm sure it happened, yeah.
16       Q    So you visited healthcare professionals
17   frequently over the years, over the last five, ten
18   years?
19       A    Oh, yeah. Absolutely.
20       Q    Do you mind just kind of giving me a
21   rundown of any diagnoses that you've received over
22   the years? You know, you mentioned that you've
23   been diabetic for several years. How long have you
24   been diabetic?

Page 23

1        A    26 years.
2        Q    Okay. And do you have any other
3    diagnoses that you treat for?
4        A    No, that's it. Type 1 diabetes.
5        Q    Okay. And your visit in September of
6    2019, do you -- you can't recall, you know, why you
7    went to Little Company of Mary?
8        A    2019. Yeah, I'm sure it was for
9    hyperglycemia. I'm pretty sure that was the day
10   when I left work. My pump which I wear, insulin
11   pump, was not functioning properly. I think my
12   sugar was like over 600 or something, and I believe
13   that was the day in question back in 2019.
14       Q    Okay. And you were working at Southwest
15   during that time, right?
16       A    That's correct. Uh-huh.
17       Q    And did you have health insurance through
18   Southwest?
19       A    I did.
20       Q    Do you remember what that health
21   insurance was?
22       A    United Healthcare.
23       Q    Now do you remember receiving a bill
24   after your visit in September of 2019?

Page 24

1        A    I do not remember receiving a bill.
2        Q    Okay. Do you think you did receive
3    something in the mail?
4        A    It's possible. I don't remember
5    receiving a bill from Little Company of Mary, no.
6        Q    Okay. I'm going to share my screen with
7    you one more time.
8        A    Okay.
9        Q    Can you see this document right here?
10   Can you let me know what you see at the top of the
11   page?
12       A    United Healthcare Insurance Company,
13   9900 Bren Road.
14       Q    Okay; great.
15           Is this something that you've seen
16   before or does this refresh your recollection in
17   terms of what you may have received after that
18   hospital visit in September of 2019?
19       A    It does not.
20       Q    Okay. And do you see this line right
21   here where it says PT RESP 27.57?
22       A    I do.
23       Q    So that right there, is that the same
24   amount that Healthcare Revenue Recovery Group was

Page 25

1    calling you about?
2        A    I am assuming that is the same amount.
3    Yes, at this day they said something similar. I
4    don't know if they exactly said 27.57. I remember
5    something closer to 30, but it's possible that they
6    said 27.57.
7        Q    Okay. Did you pay Healthcare Revenue
8    Recovery Group any money?
9        A    I did not.
10       Q    Okay. And did you pay Inpatient
11   Consultants of Illinois this 27.57 at any point?
12       A    I did not.
13       Q    Okay. I'm going to stop sharing my
14   screen.
15           So what was the first time you
16   remember hearing from Healthcare Revenue Recovery
17   Group?
18       A    I don't have an exact date for you guys
19   that I remember exactly first hearing from them
20   because I've been hearing from them for some time
21   now, but I don't have that exact date available
22   right now --
23       Q    Okay.
24       A    -- from my very, very first contact with

Page 26

1  them, no.
2       MS. EASOM:  Okay.  And, June, can you go
3  ahead and mark that bill that I just shared on my
4  screen as Exhibit 2?
5       THE REPORTER:  Sure.
6       MS. EASOM:  Thank you.
7            (Documents were marked Exhibits
8             2 and 3 for identification.)
9  BY MS. EASOM:
10      Q   So I'm going to share my screen with you
11  again, and we're going to mark this as Exhibit 3.
12  Can you let me know what you see at the top of your
13  screen?
14      A   HRRG, mail return only, P.O. Box 8486,
15  Coral Springs, Florida.
16      Q   Okay.  And is this your current address
17  here, the 9524 South Troy Ave.?
18      A   That is my mailing address, yes.
19      Q   Okay.  Do you remember receiving this
20  letter dated January 14th, 2020?
21      A   I do not.
22      Q   Okay.  So what is the first time you
23  remember receiving contact from Healthcare Revenue
24  Recovery Group?  Was it a phone call?

Page 27

1      A   Yes.
2      Q   Okay.
3      A   It was a phone call.
4      Q   And do you remember around what time,
5  and, I apologize, I may have already asked you this
6  and I think you may have answered, but do you
7  remember around what time off the top of your head,
8  you know, that phone call was made?
9      A   I do not.
10      Q   Okay.
11      A   You mean the date, right?  I don't
12  remember the date.
13      Q   Okay.  But it was in 2021?
14      A   Yes.  It was probably 2020, actually.
15  No, it was probably 2020 when I first started
16  with -- hearing from them.
17      Q   Okay.
18      A   I'm almost certain.  I'm almost certain
19  it was before this year.  I'm almost certain.
20      Q   And do you remember the first
21  conversation you had with someone from Healthcare
22  Revenue Recovery Group?
23      A   I do.
24      Q   And do you remember what was said during

Page 28

1  that conversation?
2      A   I do.
3      Q   Could you just kind of give us a summary
4  of what was said during that conversation?
5      A   Sure.  So I picked up my phone and it was
6  a female voice on the other end.  I said hello.
7  She said hello.  She said can she speak to me,
8  Brittani Atkins.  I said, "This is she."  And she
9  said, you know, "This is a debtor trying to collect
10  a debt.  Any information received will be used for
11  that purposes.  This call will be monitored and,
12  you know, recorded for quality assurance purposes,"
13  blah, blah, blah.
14       So I'm like, "Okay, cool.  Who is
15  this?"  And she's like, "Well, I need to, you know,
16  get your information so that I can know that I'm
17  talking to the right person."
18       So I'm like, "Well, who are you?"  And
19  she said she's calling from HRRG.  I said, "I don't
20  have any business with HRRG."  And she went on,
21  "You have business.  Oh, you have business with
22  HRRG."
23       I'm like, "What does HRRG even stand
24  for?  I'm 100 percent sure I don't have any

Page 29

1  business with HRRG."  And she's like, "Well, you
2  know, just so I can know I'm talking to the right
3  person can you" -- she started asking me all my
4  personal information.
5       I'm like, "I'm not going to give you
6  my personal information because I don't even know
7  you and I don't have any business with HRRG, like
8  I'm not going to give you my address and my last
9  four of my Social and all this other -- I don't
10  know you.  I don't have any business with HRRG."  I
11  was a hundred percent sure that I had never had
12  business with HRRG.
13       So she just kept saying, you know,
14  "You have business, you have business," and I was
15  just like, "No, I don't.  You know, you can
16  probably take me out of your database because I'm
17  quite sure you have the wrong person."
18       But come to find out I guess they did
19  not, but at that time I knew I did not have any
20  business with HRRG for sure.
21      Q   Do you remember -- when you say they were
22  asking for your personal information, do you
23  remember specifically what they asked you?
24      A   I know she asked me for like my full

8 (Pages 26 - 29)

Page 30

1  name, even though she should have my full name
2  because she called me, I didn't call her, and she
3  asked me for like my address. I can't remember if
4  she asked me for the last four of my Social, but I
5  know for sure she asked me like my address and my
6  full name for the record. I wasn't going to give
7  her my address because I didn't even -- it's so
8  easy for somebody to call you and get your
9  information. I'm like, "No."
10     Q   Have you ever received a telephone call
11  from a creditor before?
12     A   Yeah. I've received a call from a
13  creditor before.
14     Q   Okay. And when was that approximately?
15     A   Oh, I don't know. I don't write this
16  stuff down.
17     Q   And do you remember that first telephone
18  call that you received from Healthcare Revenue
19  Recovery Group, was that to your personal phone or
20  your business phone?
21     A   Yes, that was to my personal phone,
22  773/402-9322.
23     Q   Okay. And do you remember, you know,
24  what you saw when you received the call? Was it a

Page 31

1  telephone number on your caller ID?
2     A   Yes, it was a telephone number in my
3  caller ID the first time. Well, every time.
4     Q   And when you receive phone calls from
5  numbers that aren't saved in your phone do you
6  typically answer those phone calls?
7     A   I do.
8     Q   Okay. Do you ever receive telephone
9  calls from out-of-state numbers?
10     A   I do.
11     Q   Okay. And do you typically answer those
12  phone calls as well?
13     A   Yes.
14     Q   Do you have people that you don't know
15  calling you because you have your Atkins Financial,
16  LLC, as part of your business?
17     A   Would they call my 773 phone number?
18  It's possible depending on who the reference was or
19  if they got my information on Facebook or a group
20  or something like that. It's possible. It's not
21  my listed number as the business number, but if
22  it's a reference of a reference of a friend or
23  something and they have my personal number it's
24  very possible that someone could call me on that

Page 32

1  number.
2     Q   And is part of your business getting
3  referrals from friends and people will reach out to
4  you because they -- from word of mouth they've
5  heard about your financial --
6     A   Yeah, it's very possible. Yeah.
7     Q   Okay. And do you have a Facebook page
8  for your business as well?
9     A   I have a LinkedIn and a Twitter.
10     Q   What's your Twitter handle?
11     A   Breeyahdoesit.
12     Q   I'm sorry. What was that?
13     A   B-r-e-e-y-a-h doesit, d-o-e-s-i-t.
14     Q   Now, after Healthcare Revenue Recovery
15  Group called you that first time did you block
16  their number?
17     A   I did not. I told them that I had no
18  business with them. I didn't know they were going
19  to keep calling me over and over, so I had no real
20  reason to block them at that time. They're not
21  even blocked to this day.
22     Q   Did you ever send Healthcare Revenue
23  Recovery Group any letters?
24     A   I did not.

Page 33

1     Q   Did you ever send them any e-mails?
2     A   No.
3     Q   And did you ever call Healthcare Revenue
4  Recovery Group?
5     A   I called them, yes. I called them once.
6     Q   Okay. And was that -- I just want to
7  make sure we're kind of going in chronological
8  order. After that first conversation when was the
9  next time that you spoke with Healthcare Revenue
10  Recovery Group over the phone?
11     A   The next time I spoke with them over the
12  phone I believe was April.
13     Q   And that was when you called them or did
14  they call you?
15     A   That was when they called me and hung up,
16  and then I called them back.
17     Q   Okay. Now when you answered the phone
18  what did you hear on the other end on that second
19  telephone conversation?
20     A   Silence.
21     Q   Okay.
22     A   And I'm saying, "Hello. Hello." And
23  then I heard like -- like bye, hang-up.
24     Q   And do you remember where you were when

9 (Pages 30 - 33)

1  you received that phone call?
2      A    Yeah, I was at home.
3      Q    Okay.  Has that ever happened to you
4  before where you answer the phone and you don't
5  hear anything on the other end?
6      A    No, not often.
7      Q    But it has happened before?
8      A    I'm typically connected to the -- not at
9  home, no.  I'm typically connected to the WiFi at
10  home.  I don't have those issues at home.  Now
11  maybe if I'm like driving in a remote area or
12  something then it's possible, but at home, no, I
13  don't have those issues.  I have Xfinity WiFi.
14  They're really great.
15      Q    When -- excuse me.  Strike that.
16          How did you know that it was
17  Healthcare Revenue Recovery Group who called you?
18      A    Because I called them back.
19      Q    Okay.
20      A    I called them back on the exact same
21  number, and that's when I was like, "Hi, who is
22  this?  Who is this that just hung up on me?"  And
23  she's like, "Oh, this is HRRG."  I'm like, "Okay.
24  So why did you hang up on me?"

1          Then we had a conversation for four
2  minutes.  I'm sure you have that information.
3          MR. CAMARENA:  I sent that to you.
4          MS. EASOM:  Yeah.  Yeah, why don't we
5  pull that up.
6  BY MS. EASOM:
7      Q    Can you let me know what you see right
8  now?
9      A    It's my phone record.  It says incoming
10  4/27/2021 and outgoing 4/27/2021.
11          MS. EASOM:  June, can we go ahead and are
12  we on Exhibit 4 now?
13          THE REPORTER:  Yes.
14          MS. EASOM:  Okay; great.
15          (Document was marked Exhibit 4
16          for identification.)
17  BY MS. EASOM:
18      Q    So this screenshot right here, does this
19  show the telephone calls that you were just
20  describing?
21      A    Yes.  That's them.
22      Q    So this first call here at the top that
23  says incoming, one minute, is this the telephone
24  call that Healthcare Revenue Recovery Group hung up

1  the phone after you answered?
2      A    That's correct.
3      Q    Okay.  And this second phone call here on
4  this screenshot, is this the telephone call where
5  you called Healthcare Revenue Recovery Group back?
6      A    That's correct.
7      Q    Okay.  Now when you called them back,
8  what did they say?
9      A    I asked who it was, and she said she was
10  from HRRG and she needed my information to make
11  sure that she was talking to the right person and
12  all this.
13          At this point I gave her the
14  information.  I'm like, hey, if this is somebody
15  trying to scam me they're doing -- they're really
16  consistent and persistent, so let me just give it
17  to them.  If it's a scammer then I'll deal with it.
18  I'll contact, you know, Experian and all those
19  people if they're trying to like steal my identity
20  or something.
21          So I gave her the information and I
22  was like, you know, "Who do you work for because
23  I'm still 100 percent sure that I have no business
24  with HRRG."  And then she's like, "Well, we're

1  calling on behalf of Little Company of Mary."
2          Okay.  She never said that to me
3  before.  All they just keep calling and leaving
4  these weird voice messages, "We're HRRG, give us a
5  call back."  So I just ignored those because it's
6  like I don't have any business with you guys,
7  please stop calling here.  So I didn't even pay
8  that any attention, but at this point I'm like,
9  "Okay, who is this," just so I could really get you
10  guys to really, really listen to me and stop
11  calling here.
12          So she's like she's calling on behalf
13  of Little Company of Mary Hospital.  I'm like,
14  "Okay.  What about Little Company of Mary
15  Hospital?"  Then she goes to say that I have an
16  outstanding balance.  "What's the balance because
17  it must be $1 million the way you guys are calling
18  me."
19          So she's like, oh, I remember her
20  saying $37, but apparently she must have said $27.
21  I could be wrong.  It's what I remember.  So she
22  said $37, something weird.  I'm like $37.  First of
23  all, I didn't even know I owed Little Company of
24  Mary $37.  Second of all, I definitely did not know

Page 38

1  it warranted this amount of process to collect $37.
2  I would have then paid the $37 just to keep them
3  off my butt, like please stop calling here
4  multiple, multiple times, I told you guys I don't
5  have business with you, and to this day I still
6  don't have business with them. Little Company of
7  Mary sold that debt to them if that's the case, but
8  I still to this day do not have business with HRRG
9  at all. I never signed anything with HRRG. I
10  don't have any business with HRRG. It is not --
11  that's between them and Little Company of Mary. I
12  don't have anything to do with this at this point.
13      Q  Did you ever contact --
14      A  I never had an agreement with HRRG ever.
15  I've never had an agreement with HRRG.
16      Q  Did you ever contact Little Company of
17  Mary about the outstanding balance Healthcare
18  Revenue Recovery Group communicated to you?
19      A  No. No. I didn't.
20      Q  Okay. Now this telephone number on this
21  screenshot, is this the telephone number that you
22  received the call from that showed up on your
23  phone?
24      A  That's correct. That is correct.

Page 39

1      Q  And do you recall if this is the same
2  phone number that you received the phone call from
3  the first conversation with Healthcare Revenue
4  Recovery Group?
5      A  I do not recall if that's the first
6  number that I've ever, ever received from them, but
7  I do remember it being the same zip -- area code.
8  It could have been another 249 number, I could pull
9  those records if you need them, but I'm -- it looks
10  similar to the same number.
11      Q  Do you know what area code this is for,
12  what state this area code is for?
13      A  It looks local. I know Illinois is --
14  has a couple different area codes now. I believe
15  872 is an Illinois area code now. But anything
16  that's not like 800, 866, or anything like that I'm
17  going to typically answer the phone.
18      Q  So what happened after those phone calls
19  with Healthcare Revenue Recovery Group? Did you
20  have anybody around you when you were speaking with
21  Healthcare Revenue Recovery Group, any friends or
22  family members who overheard the conversation?
23      A  No.
24      Q  And did you, you know, communicate with

Page 40

1  any friends or family members after the telephone
2  conversation with Healthcare Revenue Recovery
3  Group?
4      A  I did not.
5      Q  Okay. Was that April call that we just
6  were talking about, was that the last time you
7  heard from Healthcare Revenue Recovery Group?
8      A  Yeah, I believe it was. I want to say --
9  I want to say that that was the last.
10      Q  And it's fine if you don't remember
11  certain things.
12      A  Yeah, I believe so. I believe after that
13  I think that was the last.
14      MS. EASOM:  I'm going to share another
15  exhibit with you.
16          June, do you mind marking this as
17  Exhibit 5? Is that what we're on now?
18      THE REPORTER:  Yes.
19      MS. EASOM:  Okay; great.
20          (Document was marked Exhibit 5
21          for identification.)
22  BY MS. EASOM:
23      Q  So, Ms. Atkins, can you let me know what
24  you see on your screen?

Page 41

1      A  In the U.S. District Court for the
2  Northern District of Illinois, Eastern Division,
3  Brittani Danette Atkins, plaintiff, versus
4  Healthcare Revenue Recovery Group, defendant,
5  complaint, introduction, et cetera.
6      Q  So do you recognize this to be the
7  complaint that Mr. Camarena filed against
8  Healthcare Revenue Recovery Group after those
9  telephone calls?
10      A  I'm sure this is it. I only see the
11  front page of it so...
12          I'm sure that this is the document.
13      Q  Do you remember whether you reviewed the
14  complaint before Mr. Camarena filed it?
15      A  Yeah, I reviewed -- he wrote it up for
16  me. I did review it. I looked at it and we
17  went -- we moved on with this complaint.
18      Q  So do you believe everything in this
19  complaint is true and accurate?
20      A  Yes, I am believing that everything in
21  the complaint is true and accurate.
22      Q  Okay. And what is your understanding of
23  what Healthcare Revenue Recovery Group does?
24      A  They collect debts on behalf of their

11 (Pages 38 - 41)

Page 42

1  clients, Little Company of Mary being one of them,
2  I'm assuming.
3      Q   And when was the first time you heard of
4  Healthcare Revenue Recovery Group?
5      A   The first time the lady called me.
6      Q   Okay.  So we're just going to go through
7  your complaint a little bit here just to make sure,
8  you know, we have a good understanding of what your
9  allegations are and everything that happened.
10         So starting with this first -- I'm
11  sorry, this first paragraph -- or third paragraph
12  here it says Ms. Brittani Atkins is a resident of
13  the Eastern Division.  The Eastern Division is in
14  Chicago, Illinois, so you are still -- are you
15  still a resident of Illinois?
16     A   Yes, I'm still currently a resident of
17  Illinois.  I was a resident of Illinois when this
18  whole thing started.  Like you stated in the
19  beginning, I do have a Texas license.  I am
20  relocating to Texas.  I have a couple of different,
21  you know, addresses, but right now as I'm speaking
22  with you I am at 9524 South Troy, Evergreen Park,
23  Illinois.
24     Q   In this fourth paragraph here it says:

Page 43

1  Healthcare Revenue Recovery Group, LLC, is a debt
2  collector as that term is defined in the Act, at
3  15 USC Section 1692a(6); and the defendant is also
4  a limited liability company authorized to transact
5  business in Illinois.
6          Do you believe that to be true?
7      A   Yeah, I believe that to be true.
8      Q   After you received the phone call from
9  Healthcare Revenue Recovery Group did you ever do
10  any investigation, like any Googling, to get more
11  information about the company?
12     A   No.
13     Q   Okay.  Does this paragraph here mention
14  that you incurred a significant -- Ms. Atkins has
15  incurred significant consumer debts and she has
16  struggled to service all of her consumer debts, and
17  she eventually became delinquent with respect to
18  some consumer debts, including a consumer debt for
19  less than $30 to Little Company of Mary Hospital.
20         Can you give us a little bit more
21  information about what other debts that you became
22  delinquent on during that time frame?
23     A   This time frame or what time frame are we
24  talking?  April or 2020 or which?  What's the time

Page 44

1  frame in which we're speaking of?
2      Q   Well, let me ask the question a different
3  way.  I mean, this paragraph 5 says here that
4  you've incurred consumer debts and you struggled to
5  service all of them.  What is the -- what is that
6  referencing to?  What consumer debts is this
7  paragraph referencing to?
8      A   Again, I've had some debt.  I tried to
9  clear up all the debt when I'm, you know, aware of
10  it.  I was not aware of this debt that was $30.
11  That would have been the first thing on my list to
12  pay, $30, but like higher debt, like couple of
13  credit cards that I had.  You mentioned Capital
14  One.  That was long ago, though.  But if you do
15  have the bankruptcy in your possession, which you
16  looked at it, so that sort of thing.
17         The student loans is like $80,000
18  right now and, you know, all of that that's listed
19  in that one bankruptcy that you apparently looked
20  at earlier is the debt that I'm referring to.  The
21  mortgage on 88th and Marshfield, it's like
22  expensive.  It's just a lot.  It's a lot of things.
23  But this $30 debt, yeah.
24     Q   Okay.

Page 45

1      A   So there's some things that are
2  delinquent but this -- this should not have been
3  one of them again.
4      Q   And do you remember what other credit
5  cards besides maybe the Capital One card that maybe
6  you missed some payments on?
7      A   None.  I don't know everything right
8  offhand.
9      Q   What -- how many credit cards do you have
10  right now?
11     A   Right now I don't have any credit cards.
12  I have closed out my credit cards right now.  I
13  only have like Shell gas card, but I don't have any
14  credit cards.  I've closed out all of my credit
15  cards, and I don't need any credit cards right now.
16  It's a bad habit to have.
17     Q   So this paragraph 7, if we could just
18  talk about this for a minute, it states here:  Upon
19  information and belief, Defendant Healthcare
20  Revenue Recovery places telephone calls only from
21  the East Coast.
22         Can you explain that a little bit
23  more?
24     A   Yeah, because from my understanding

12 (Pages 42 - 45)

Page 46

1  they're in Florida or something, right?
2      Q   So you believe that Healthcare Revenue
3  Recovery Group is based in Florida?
4      A   Yeah.
5      Q   Okay.  And what's the -- why do you think
6  that?
7      A   That's where they're based, right?
8      Q   I'm sorry.  I can't answer any questions.
9      A   Oh, I'm sorry.
10     Q   I'm sorry.  And it's okay if you don't
11  know, you know, the answer.  I'm just trying to get
12  a little bit more information about what you know
13  about HRRG or Healthcare Revenue Recovery Group.
14     A   Right.  Yeah.  I believe that they're in
15  Florida, and that's why I believe that they would
16  be calling from Florida because they're in Florida.
17  I don't exactly remember how I know that they're in
18  Florida, but they're in Florida.  I'm almost
19  certain they're in Florida, you don't have to
20  answer that, but that's where I got they're calling
21  from the East Coast because they're based in
22  Florida.
23     Q   Okay.  Did anybody --
24     A   I don't quite know how they got an

Page 47

1  Illinois phone number.
2      Q   Did anybody you spoke with on the phone
3  tell you that they were calling from Florida?
4      A   No, no.  These people wouldn't even tell
5  me their name.  They just kept saying HRRG, and I'm
6  like, "What does that mean?"  Then finally the lady
7  was like, "Oh, Healthcare Revenue Recovery Service"
8  or something weird.
9      Q   Okay.  Now paragraph 8 it indicates that
10  you were misled into believing that a relative or
11  friend was calling you, so could you explain that a
12  little bit more?
13     A   Yeah.  When I was saying that I was
14  saying that, you know, typically debt collectors
15  they call from like 800, 866, something like that.
16  This was like a regular phone call, so I'm like,
17  oh, who is this so I answered it.  Oh, it's a debt
18  collector.  They're not calling from like an 888,
19  866, 800.
20          You know, in the past I guess that was
21  the thing, but now I guess the new thing is to call
22  from a city where the person is.  So it's Chicago,
23  and, of course, Chicago, even if it's not saving
24  your number, you're going to be like, oh, this is

Page 48

1  somebody I know, somebody got a new number,
2  something like that.  But typically in my past
3  relationship with creditors they call from like 800
4  numbers, not like 872 Chicago numbers.  It's weird.
5  They're not even in Chicago.
6      Q   So in the past have you answered phone
7  calls from 866 numbers and 800 numbers?
8      A   I have.
9      Q   Okay.  And typically that's when you find
10  they're debt collection companies?
11     A   Correct.  Uh-huh.
12     Q   Okay.  Do you have any friends and family
13  members who live outside of Illinois?
14     A   I do.
15     Q   And where do they live?
16     A   I have a brother and a sister in Texas.
17  I have family actually in Florida, believe it or
18  not.  I have family in California.  I have family
19  everywhere.
20     Q   Oh, wow.  So do you travel to Florida to
21  visit family?
22     A   I've traveled to Florida several times,
23  yeah, for family and personal reasons.
24     Q   And what family members live in Florida?

Page 49

1      A   I have an aunt that lives in Florida,
2  some cousins.
3      Q   Okay.  Now, do you have any reason to
4  believe that the telephone number that appeared on
5  your phone was not Healthcare Revenue Recovery
6  Group's telephone number?
7      A   Do I have reason to believe that that was
8  not their phone number?
9      Q   Right.
10     A   No, I don't have reason to believe that.
11     Q   Okay.  So as far as your understanding is
12  Healthcare Revenue Recovery Group's telephone
13  number, that is a local telephone number?
14     A   That is correct.
15     Q   Okay.  Now paragraph number 12, is
16  this -- or, excuse me, let me go back to paragraph
17  11.  So when we kind of went through that timeline
18  earlier you mentioned a first telephone call and
19  you indicated you couldn't exactly remember about
20  the time it is.  In your complaint you indicated it
21  was in March 2021.  Does that still sound correct
22  to you?
23     A   That's possible.  I know it's been a
24  while.  It's possible.  It seems like forever ago

13 (Pages 46 - 49)

Page 50

1  to me. It's possible that it was March 2021 based
2  on those phone records with that particular number,
3  the 872 number. Honestly, I do believe that I
4  spoke with them from another number before this,
5  but that 872 number started coming in
6  March according to the phone records.
7      Q   Okay. And that was to your cell phone
8  number, right?
9      A   Correct, my personal cell phone number.
10     Q   In paragraph 12 it mentions that
11 Healthcare Revenue Recovery Group state -- excuse
12 me, that defendant stated it could not communicate
13 further with Ms. Atkins unless she disclosed her
14 personal information, so is this similar to what we
15 were talking about before when you described --
16     A   That's correct. Uh-huh.
17     Q   Okay. Do you have any recollection of
18 how long that telephone conversation lasted?
19     A   No, I don't remember that.
20     Q   Do you think it was less than five
21 minutes?
22     A   Yeah, I'm sure it was less than five
23 minutes. I would not be going back and forth with
24 her for anything over five minutes.

Page 51

1      Q   And do you remember who disconnected the
2  call? Was it you or was it Healthcare Revenue
3  Recovery Group?
4      A   It was Healthcare Revenue Recovery Group.
5  I told her that I wasn't going to be, you know,
6  talking to her further and I wasn't going to give
7  her my information.
8      Q   Okay.
9      A   So we mutually agreed that the phone call
10 wasn't going any further, so...
11     Q   Paragraph 14, it indicates that
12 Healthcare Revenue Recovery Group continued to
13 place at least five more telephone calls. Do you
14 remember when those calls were made?
15     A   I don't remember exactly. I did give the
16 phone records to Attorney Paul, and you guys should
17 have those phone records as well. So you can see
18 that there are well over five more calls made after
19 that. I don't have it written down, I don't have
20 the specific dates, but if you access the phone
21 record that was sent or I don't know if you have it
22 or not but Attorney Paul definitely has that phone
23 record and you'll see the phone calls that were
24 made.

Page 52

1      Q   Is there another -- is there another
2  phone record besides the one that I shared with you
3  about 15 minutes ago with those two April telephone
4  calls?
5      A   Yes. Yeah, there's another one.
6          MS. EASOM: Okay. Paul, do you mind
7  sending that over to me?
8          MR. CAMARENA: Yeah, I'm -- I'm not
9  entirely sure what Ms. Atkins is referring to, but
10 whatever we have I will get to you.
11         MS. EASOM: Okay.
12 BY MS. EASOM:
13     Q   Now, Ms. Atkins, if you do locate any
14 other screenshots that show the telephone calls
15 that you received and if you could just send that
16 over to Paul so he can share with me that would be
17 great.
18     A   Okay.
19     Q   Because right now I only have that one
20 screenshot showing the two calls in April, so if
21 you find any other screenshots or telephone records
22 if you could share those with Paul that would be
23 great.
24         MR. CAMARENA: I'll get them, Brittani,

Page 53

1  and I'll forward over to Krista.
2          THE WITNESS: Okay. Okay. That's fine.
3  BY MS. EASOM:
4      Q   And those five other telephone calls, did
5  you answer any of those calls?
6      A   No.
7      Q   Okay. Paragraph 15 of your complaint
8  indicates in April 2021 Healthcare Revenue Recovery
9  Group called you again and that's when you answered
10 it and Healthcare Revenue Recovery Group
11 disconnected the call without making any statement
12 at all. Now, is this the same telephone call that
13 we were talking about earlier, that second
14 telephone call?
15     A   Yes, that's the same one. Uh-huh.
16     Q   Okay. And before you answered the
17 telephone did you know that Healthcare Revenue
18 Recovery Group was calling you?
19     A   No. Again, I just -- I looked at the
20 phone, 872, who is this. So I answered it.
21 "Hello? Hello? Hello?" And nothing. And then I
22 heard like, you know, when there's nobody else on
23 the phone and then the call like, like call ended.
24 Well, okay, cool.

14 (Pages 50 - 53)

Page 54

1 So I called it back. Then they're
2 like, "Oh, this is HRRG." So now I'm like trying
3 to get to the bottom of it, same thing like I said
4 earlier, gave the girl my information, we had a
5 conversation about it, et cetera.
6 Q Okay. And why do you think Healthcare
7 Revenue Recovery Group was calling you in
8 April 2021?
9 A I guess for $27.24.
10 Oh, boy. I'm literally on Zoom court
11 for $27. It's interesting.
12 Q And when you called Healthcare Revenue
13 Recovery back, was there any explanation as to why
14 the call was -- prior call was disconnected?
15 A No. She was just like, "Oh, I'm sorry."
16 She did say that it wasn't her specifically that
17 called me, but if anyone from her company, you
18 know, hung up on me they shouldn't have done that
19 and she kind of apologized on their behalf but she
20 said it was not her that specifically called me.
21 Q Okay.
22 A So I don't know if like multiple people
23 will share that number, I guess, but she kept
24 saying that it wasn't her specifically.

Page 55

1 Q And what made you refrain from blocking
2 that telephone number after that last telephone
3 call?
4 A Oh, I mean, I don't really -- I'm not a
5 blocker. Like I don't really -- I don't block
6 numbers. Like it just is what it is. I don't have
7 probably any numbers blocked on my phone actually.
8 Q It says here in your complaint that after
9 the telephone call was disconnected you were upset
10 and you began to tremble. Do you remember that?
11 A Yeah, I remember that.
12 Q Okay. So were you upset after the
13 telephone call?
14 A Oh, yeah. I was very upset. I don't
15 like -- people would say that I'm a brat, but I'm
16 not -- I don't know how to explain like my actions
17 how I act sometimes, but it's like who is this
18 hanging up on me, like why would they hang up on
19 me, so I'm like (indicating). Like I was like
20 holding in my cursing words, but, you know, I'm
21 like who the heck is this. Like who keeps me
22 calling me and why would they hang up.
23 So I called them back and I was about
24 to get like really angry and then I'm like, "Who is

Page 56

1 this?" And she's like, "Oh, this is HRRG."
2 So I'm like (indicating). "What do
3 you want? Why do you keep calling me? At this
4 point I'm just going to give you the information
5 because you're really pissing me off, you're
6 calling me, and then when I do answer the phone you
7 hang up on me."
8 So, yes, I was very upset. Very
9 upset.
10 Q Now in that April telephone call do you
11 remember where you received the call?
12 A It was home.
13 Q You were at home, okay. Do you remember
14 what you were doing?
15 A Actually, yeah, I believe I was like
16 getting dressed or something, which was even more
17 frustrating because I'm here trying to put my
18 makeup on and everything. I remember specifically
19 being in the bathroom, so I know I was doing
20 something. I was getting dressed, putting on my
21 makeup, doing all this other stuff. And I'm like,
22 "Yeah, who is this?"
23 The fact that I answered the phone and
24 you hung up interrupting my day while I'm doing

Page 57

1 something, that's what made me so mad because I'm
2 like, first of all, these people keep calling me
3 from this number. Like who the heck is this. So
4 then when I do answer you hang up. What's the
5 point of you keep calling me, then when I answer
6 the phone you going to hang up?
7 So, yeah, I called back. I didn't --
8 I called back like, you know, I was about to snap,
9 but then they're like, "Oh, this is HRRG." So I
10 kind of like reeled it in, like (indicating),
11 because I thought it was somebody like playing on
12 my phone and I was about to like go there with
13 them, like stop playing on my phone, but ended up
14 being you guys. Well, not you but the person that
15 you represent.
16 Q Now, do you -- did you -- now at this
17 point, April 2021, you were no longer working at
18 Southwest, correct?
19 A Right.
20 Q Okay. Do you remember if you -- excuse
21 me. Strike that.
22 Did you go see any healthcare
23 providers after receiving those telephone calls
24 from Healthcare Revenue Recovery Group?

15 (Pages 54 - 57)

Page 58

1    A   I did not see any healthcare -- regarding
2  this situation or period?
3    Q   Regarding this situation.
4    A   No, I did not go and see any healthcare
5  providers regarding this situation.
6    Q   Okay.  Have you ever treated before for,
7  you know, any emotional distress?
8    A   No.
9    Q   Have you ever seen a therapist before?
10   A   No.
11   Q   Okay.  Or have you ever seen someone who
12  is similar to a therapist, like a counselor or
13  something like that?
14   A   I mean, in my entire life?
15   Q   Yes.
16   A   Or regarding this situation?
17   Q   In your entire life.
18   A   Yeah, in my entire life I've seen a
19  counselor, you know, like my regular, you know,
20  college counselors and, you know, people that you
21  can confide in, my pastor.
22   Q   Okay.
23   A   Like when you need to talk but not like
24  therapy, an emotional therapist.

Page 59

1    Q   Okay.  And I know -- I think you already
2  answered this question before, but after these
3  telephone calls did you talk to anybody about what
4  happened in terms of the allegations in your
5  complaint against Healthcare Revenue Recovery
6  Group?
7    A   Anyone outside of Attorney Paul?  No, I
8  did not.
9    Q   Okay.  In your own words, if you don't
10  mind, could you kind of tell us what you believe
11  Healthcare Revenue Recovery Group did wrong here?
12   A   For one, I told them I did not have any
13  business with them, take me off the database,
14  figured it had to be some type of database, it was
15  something that, you know, was wrong because I know
16  I didn't have any business with them.  So I told
17  them to take me off the database, I don't have any
18  business with them specifically.
19       She began to say that I do have
20  business with them.  She wouldn't tell me what
21  business it was unless I gave her my personal
22  information.  So then I told her just take me off
23  the database.  She kept -- they kept calling, I
24  don't want to keep saying "she" because I don't

Page 60

1  know if it was a she or he, they, the company, kept
2  calling me after I told them to take me out of the
3  database.  For two, they hung up on me when they
4  called instead of just talking.  I don't know.
5  That was weird.  Like there's no real reason to
6  hang up on me.
7       So those were the two major things
8  that went wrong here in my personal opinion because
9  if I tell you to stop calling, in my opinion and my
10  understanding of the law is you have to stop
11  calling me.  Whether you believe I have business
12  with you or I believe that I don't, if I
13  specifically say take me out of the database then
14  you should probably just take me out of the
15  database and just deal with it some other type of
16  way or something.  I don't know how they're
17  supposed to deal with it if I say don't call, but I
18  do feel like my understanding of the law is you
19  cannot call me once I say don't call me.
20   Q   Do you believe that Healthcare Revenue
21  Recovery Group was deceptive in any way?
22   A   I believe that they -- the original
23  deception came from them calling from Illinois and
24  they're in Florida.

Page 61

1    Q   Okay.
2    A   That's kind of deceiving, right?
3    Q   Do you have any reason to believe the
4  balance from Little Company of Mary was incorrect?
5    A   I don't have reason to believe that.  I
6  mean, it could be correct, it could not be correct.
7  I don't really believe that I -- I would not be
8  harassing me at this level for $27.
9       Yeah.  I -- like I said, I didn't know
10  the balance or anything.  Before I called her back
11  that time she would not give me any information, so
12  I had no idea what the balance was.  She's the one
13  who told me the balance.  I don't have any way of
14  knowing if it's correct or incorrect at this point.
15  I haven't even gotten into all of that with United
16  Healthcare or anything.  It's $27.
17       (Document was marked Exhibit 6
18        for identification.)
19  BY MS. EASOM:
20   Q   We're going to shift gears a little bit
21  and kind of just go over some of the disclosures
22  that your attorney has sent over our way in this
23  case.
24       So I'm going to share my screen again.

16 (Pages 58 - 61)

1  Can you let me know what you see at the top, this
2  line right here where my mouse is?
3      A   Plaintiff's Rule 26(a)(1) disclosures.
4      Q   Okay.  Now, have you ever seen this
5  document before?  And it's okay if you haven't.
6      A   I don't believe that I have.
7      Q   Okay.  It indicates here that there's no
8  individuals that have, you know, any additional
9  information about your allegations or your damages.
10 Is that accurate?
11     A   That's accurate.
12     Q   Okay.  It indicates here that you may be
13 obtaining telephone records.  Did you ever request
14 any records from T-Mobile?
15     A   Yeah.
16     Q   You requested records from T-Mobile?
17     A   I have -- the records are in my account.
18 Like I don't have to request them.  I have them.
19     Q   Oh, like an online portal where you can
20 log in and you can see?
21     A   Uh-huh.
22     Q   Would you be able to, you know, log in
23 and go through those records and provide Paul with
24 any documents from, you know, March 2021 to

1  April 2021?
2      A   I can.
3      Q   Okay; great.
4          Moving on, we have a list of damages
5  that you're claiming here.  Right here it says
6  reasonable attorney's fees and costs.  Have you
7  made any payments to Mr. Camarena for any of the
8  costs related to this action yet?
9      A   No, not at this time.
10     Q   Okay.  And do you have any idea what his
11 hourly rate is?
12     A   No, not really.  Not exactly hourly.
13     Q   Okay.  And statutory damages of up to
14 $1,000, that's in relation to the Fair Debt
15 Collection Practices Act.  Have you ever -- or
16 excuse me.  Do you know what the Fair Debt
17 Collection Practices Act is?
18     A   It's familiar.
19     Q   Okay.  Is it your understanding that, you
20 know, violations of that Act is the basis of your
21 complaint against Healthcare Revenue Recovery
22 Group?
23     A   Yes, that's correct.
24     Q   Okay.  Right here it says economic

1  damages caused by foregone credit opportunities --
2          MR. CAMARENA:  Krista?
3          MS. EASOM:  Yes.
4          MR. CAMARENA:  Would you allow me to
5  withdraw that now?  That should not have been in
6  there.  It must have copied and pasted from a
7  wrong --
8          MS. EASOM:  Yes.
9          MR. CAMARENA:  Let me withdraw that
10 economic damages paragraph.
11         MS. EASOM:  Okay; great.
12         June, could you make sure the record
13 reflects that plaintiff will be withdrawing
14 economic damages caused by foregone credit
15 opportunities from their claimed damages.
16 BY MS. EASOM:
17     Q   All right.  So this last line here, it
18 indicates damages for emotional distress.  You
19 know, if you had to provide us with a figure in
20 terms of what damages you incurred from emotional
21 distress, what would that figure look like?
22     A   The figure would be upwards of a thousand
23 dollars.
24     Q   And how are you kind of coming to that

1  figure?  Is it based on any receipts or any -- you
2  know, any costs that you incurred after the
3  telephone calls?
4      A   No, I don't have any receipts to kind of
5  calculate that.
6      Q   Okay.
7      A   I do not.
8      Q   Have you ever filed a lawsuit before?
9      A   I have.
10     Q   Okay.  And what was the nature of your
11 claims in that other lawsuit?
12     A   Almost the same as this one, but it was a
13 different creditor.
14     Q   Okay.  And was it also filed in Illinois?
15     A   It was.
16     Q   And do you recall when that case was
17 filed?
18     A   Earlier this year, I believe.
19     Q   Do you know if --
20     A   I want to say earlier this year.
21     Q   Who is the named defendant in that case?
22     A   FlexShopper or whoever was representing
23 FlexShopper, whoever was representing them.  I have
24 to pull that information, but it was some creditor

17 (Pages 62 - 65)

Page 66

1  that was representing FlexShopper.
2    Q   Okay.  And do you know if that complaint
3  was also filed in the Northern District of Illinois
4  similar to this complaint?
5    A   Yes, it was.
6    Q   Could you kind of just give us an
7  overview of the allegations you make against the
8  company who represented FlexShopper?
9    A   Yes.  So with them, they, too, were
10  calling after I told them don't call.  I think it
11  was IBS or ID -- it was some other person that I
12  had no business with.  And they kept calling me
13  also, and then they called my sister, which they
14  did not have legal right to do, gave her my
15  personal information as it relates to like the debt
16  and everything at FlexShopper, which they did not
17  have permission to do.  So I filed a complaint
18  against them.
19    Q   Okay.  And do you recall when FlexShopper
20  or the company who was representing them started
21  calling you?
22    A   Oh, probably like last year or something.
23    Q   And then the complaint that you filed,
24  did you file it this year?

Page 67

1    A   I believe it was this year.
2      THE WITNESS:  That was this year, right?
3      MR. CAMARENA:  I can't answer.
4      THE WITNESS:  Oh.  Sorry.
5      MR. CAMARENA:  But Krista can look it up
6  on Pacer.  Krista can --
7      THE WITNESS:  No, sorry.  I was talking
8  to Attorney Paul, but he can't answer.
9      MR. CAMARENA:  It's available publicly.
10      THE WITNESS:  Oh.
11      MR. CAMARENA:  Do you want me to answer,
12  Krista?
13      MS. EASOM:  Yeah, that would be great.
14      MR. CAMARENA:  Just one second.  Just
15  give me a moment.
16      MS. EASOM:  Can you guys still see me?
17      THE WITNESS:  Yeah, we can see you.
18      MS. EASOM:  Okay.  If you could just give
19  me the case number, that would be great.
20      MR. CAMARENA:  Sure.  It's 21 CV, or CR,
21  1484, Atkins and Atkins-Martins, who is her sister,
22  versus FlexShopper and A.R.M. L.L.C.
23      MS. EASOM:  And was that filed in the
24  State of Illinois?

Page 68

1      MR. CAMARENA:  Yeah, it was in the
2  Northern District.  Same court.
3      MS. EASOM:  Northern District.  Okay.
4  Let me just make sure I can...
5      CR.  You mean CV?
6      MR. CAMARENA:  CV.  I'm sorry.  I do a
7  lot of these, so...
8      MS. EASOM:  Okay.  21-cv-1484?
9      MR. CAMARENA:  Let me -- just one second.
10      It's 21-cv-1484, yes.  If you want I
11  can e-mail you a copy of the complaint that has the
12  ECF docket number and filing on top.
13      MS. EASOM:  Oh, okay.  I have it here.
14  Okay.  Thank you.
15      MR. CAMARENA:  You're welcome.
16  BY MS. EASOM:
17    Q   Ms. Atkins, could you let us know what
18  the outcome of that case was?  Did you ever do a
19  deposition in that case, Atkins versus FlexShopper?
20    A   I did not have to do anything like this I
21  know.  They basically got found guilty of what I
22  was saying.  They basically said that that
23  happened --
24      MR. CAMARENA:  I have to object because

Page 69

1  there's a confidentiality agreement in that,
2  Krista.
3  BY MS. EASOM:
4    Q   Okay.  So just so I make sure I
5  understand, Ms. Atkins -- and, Paul, feel free to
6  jump in -- did you sign a settlement agreement?
7    A   Yes.
8    Q   Okay.
9      MR. CAMARENA:  And I'll object to her
10  talking about that because that settlement
11  agreement has a confidentiality section.
12      MS. EASOM:  Okay.  Of course.
13      THE WITNESS:  Sorry.
14      MR. CAMARENA:  That's all right.
15      MS. EASOM:  No, that's okay.  All right.
16      MR. CAMARENA:  She's going to want to --
17  well, if there's a settlement every party wants us
18  to, you know, comply with their confidentiality
19  requirement.
20      MS. EASOM:  Of course.
21  BY MS. EASOM:
22    Q   I'm going to share my screen with you
23  again.  Thank you for bearing with me.
24      Okay.  So is this the complaint in the

18 (Pages 66 - 69)

Page 70

1  other case that you were just describing?
2          Can you still hear me?
3      A    That's correct.  This is it.
4      Q    Okay.  And you had an outstanding debt
5  that FlexShopper was contacting you about in this
6  case?
7      A    Correct.
8      Q    Okay.  And in this case you also allege
9  violations of the Fair Debt Collection Practices
10  Act; is that right?
11      A    That's correct.
12      Q    Okay.  And in this case it's a little bit
13  different from our case in the sense that it looks
14  like you received calls from a Texas telephone
15  number; is that right?
16      A    Yep.  That's correct.
17      Q    Okay.  And then you answered those
18  telephone calls from the Texas number?
19      A    That's correct.
20      Q    Okay.  And did the defendant in that case
21  also call your personal cell phone?
22      A    That's correct.
23      Q    Okay.  In that case did you also, you
24  know, ask the person who was calling to stop

Page 71

1  calling you?
2      A    I did.
3      Q    And in that case was a call also
4  disconnected?
5      A    Disconnected or hung up?  Yes.  They just
6  kept calling me, and then they called my sister and
7  they hung up on my sister.
8      Q    Okay.  Now, were you and your sister both
9  on the account that they were trying to collect on?
10      A    No.
11          The original account with
12  FlexShopper -- I don't know.  Am I supposed to be
13  saying this, Attorney Paul?
14          MR. CAMARENA:  That's fine.  It's just
15  the settlement that we can't talk about.
16          THE WITNESS:  Okay.  The original account
17  with FlexShopper has you put like references and
18  everything, so my sister was one of the references,
19  my mom was one of them, and a couple other people.
20  But at no point did FlexShopper have -- they
21  shouldn't -- my understanding they should not have
22  given A.R.M. L.L.C. my sister's personal
23  information without consent because it was okay for
24  FlexShopper, FlexShopper was the original collector

Page 72

1  or supposed to have gotten the debt, not A.R.M.
2          So the fact that they were calling my
3  sister multiple times a day, hung up on her, and
4  they were calling me after I told them not to call
5  in my opinion of the law was a violation.
6  BY MS. EASOM:
7      Q    Okay.  Now I'm not asking you to, you
8  know, discuss any terms of the confidential
9  settlement agreement you signed.  Just as it
10  relates to the damages you experienced related to
11  the defendant's conduct in this case, what sort of
12  damages did you incur after FlexShopper and the
13  named defendants in this case contacted you?
14      A    Well, it was emotional for sure.  Like me
15  and my sister are like -- we are back now to like
16  besties, but at the time she's like, you know, "Why
17  are you giving these people my number?"  These
18  people are like calling her at all times of day.
19  Like she was working from home at that time.  She's
20  been working from home since before it was a trend
21  with the pandemic, so she's like, "I don't have
22  time for this."  Like, "Why would you give these
23  people my number?"
24          So we like got heated for a while.  It

Page 73

1  was very, you know, bad because we don't really do
2  that.  We have like matching tatoos and everything.
3  But so that was like really sad for me because I'm
4  like damn -- I mean darn, you guys are causing
5  discord among my family.
6      Q    Now, do you remember around what time of
7  the year, you know, the month and the date, that
8  you kind of were experiencing some frustration as
9  it relates to this complaint and you were having a
10  disagreement with your sister?
11      A    Yeah.  It was probably like the beginning
12  of the year.  I want to say it was like right
13  around this -- this time here.  Whenever this
14  happened it was like right around that time, which
15  right before I contacted Attorney Paul because I'm
16  like I need somebody to, you know, stop this --
17  stop this from -- stop these people from calling,
18  and then Attorney Paul was a referral from a friend
19  of mine so she's like, "Oh, call this guy and he's
20  going to help you make them stop calling you."
21      Q    Okay.
22      A    So I'm like, "Okay, cool."  And then we
23  went through all of this and I told him like
24  everything that happened, like I'm like, "They

19 (Pages 70 - 73)

Page 74

1  can't call me, right, if I tell them not to call
2  me?" And he's like, "Yeah, that's true," and this,
3  that, and the other. So we went ahead with this.
4      Q   And it looks like this complaint was
5  filed March 17th, 2021, so all this happened --
6      A   So like the first beginning of the year.
7  Uh-huh.
8      Q   Okay. So all this happened before -- or
9  I guess you filed this complaint around the same
10  time you received that first telephone call from
11  Healthcare Revenue Recovery Group; does that sound
12  about right?
13      A   That could be possible.
14      Q   Okay. And one more question. Sherhonda
15  Atkins-Martin, that's your sister, correct?
16      A   Correct.
17      Q   Does she have any knowledge about the
18  allegations against Healthcare Revenue Recovery
19  Group?
20      A   She does not.
21      MS. EASOM: Okay. June, can we mark
22  this, this complaint, as Exhibit 5?
23      THE REPORTER: Were you going to mark the
24  prior complaint that you had? So that would be 6,

Page 75

1  and this would be 7.
2      MS. EASOM: We'll do Atkins versus
3  Healthcare Revenue Recovery Group as 6 and then
4  Atkins versus Brad Bernstein d/b/a FlexShopper as 7.
5      (Document was marked Exhibit 7
6       for identification.)
7  BY MS. EASOM:
8      Q   So the emotional distress that you
9  experienced in that other case, is it similar to
10  what you experienced after the telephone calls from
11  Healthcare Revenue Recovery Group?
12      A   Similar but not the same, no. It was a
13  different type of emotions with that. This
14  emotional roller coaster came because of something
15  totally different and because of something
16  different, and that particular emotional roller
17  coaster came from specifically being hung up on.
18      Now, those people did not hang up on me,
19  they hung up my sister, but I was emotionally
20  upset about that because my sister and I were not
21  seeing eye to eye. Really doesn't have anything to
22  do with HRRG. That set of emotions was different.
23  That was personal only.
24      Q   Okay. Now, did you -- do you have a

Page 76

1  Facebook account?
2      A   I do.
3      Q   Okay. Did you -- did you post on social
4  media anything about the allegations against
5  Healthcare Revenue Recovery Group?
6      A   No.
7      Q   Okay. Did you post anything on Twitter
8  or on Instagram?
9      A   No.
10      Q   Okay. So besides that lawsuit that we
11  just talked about against FlexShopper, are there
12  any other complaints that you filed against
13  anybody?
14      A   No.
15      Q   Okay. And we are going to switch gears
16  and go over your interrogatories, so it's just a
17  set of questions that -- written questions that we
18  sent out to Paul and you may have seen, so I'm
19  going to share my screen with you again.
20      MS. EASOM: And, June, this is going to
21  be Exhibit 8 now I think we're on?
22      THE REPORTER: Yes.
23      (Document was marked Exhibit 8
24       for identification.)

Page 77

1  BY MS. EASOM:
2      Q   Can you let me know what you see now at
3  the top of your screen? Actually, no, I'm sorry.
4  Yeah, here we go.
5      Do you see Plaintiff's Responses to
6  Defendant HRRG's First Set of Interrogatories?
7      A   Uh-huh. I see that.
8      Q   Do you remember reviewing this document?
9      A   I do.
10      Q   Okay. So everything in here is accurate
11  as far as you know, all of the responses to our
12  questions are true and accurate?
13      A   Yes, as far as I know they're accurate.
14      Q   Okay. So the first question here, I know
15  you said you've never been married, do you have any
16  nicknames or any other names that you go by?
17      A   No.
18      Q   Okay. I'm going to skip over this one.
19      Do you have any documents at all from
20  Little Company of Mary or from Healthcare Revenue
21  Recovery Group?
22      A   No. In my possession? No, I don't have
23  anything from either one of them.
24      Q   Did you ever exchange any e-mail

20 (Pages 74 - 77)

Page 78

1  communications with Little Company of Mary and
2  Healthcare Revenue Recovery Group?
3      A   I did not.
4      Q   Okay.  And you -- do you recall receiving
5  any bills from Little Company of Mary back in 2019?
6      A   I don't recall receiving anything from
7  them.
8      Q   And it says here do you recall visiting
9  Healthcare Revenue Recovery Group's website after
10  you received the telephone calls?
11     A   I don't remember visiting their website
12  specifically.  I don't even know if they have a
13  website, but I remember like putting in like is
14  this place like legit because when I thought they
15  were trying to like scam me, get my information, I
16  was like, you know, you can go on like Red --
17  Redfin or something like that.  I have like an app.
18          Earlier you asked me if I Googled
19  them.  I didn't specifically Google them, but
20  there's an app called like Redfin or something and
21  you can go on there and see if like a company is
22  like legit or something just in case somebody like
23  trying to get your identity.
24     Q   I'm sorry.  What was the name of that

Page 79

1  website?
2      A   I think it's like an app.  I think it's
3  like Redfin or something.  Red -- I mean, I know
4  I'm not supposed to look at my phone, but I can
5  look at it and tell you if you want me to.
6      Q   Yeah, that would be fine.  And it's an
7  app that tells you if a company is like a scam --
8      A   No, no.  It's an app where you can ask
9  like a bunch of different questions and people will
10  like chime in.  It's not like specifically for
11  that, but you can ask like questions on there
12  that's like that.  Like, oh, is GGG legit or, oh,
13  is Paul Camarena, is he like a good lawyer, or like
14  stuff like that.  And people will tell you like
15  what they think, like if they've ever had like any
16  interaction with these people or if they know or if
17  they don't or something like that.
18     Q   Okay.
19     A   And you can ask a bunch of stuff like
20  stock tips and stuff.  You can ask pretty much
21  anything you want.
22          Hold on.  I will tell you right now.
23          Redfin or something.  Oh, no, Redfin
24  is the real estate one.  It's Reddit.  Sorry.  It's

Page 80

1  Reddit.
2      Q   Reddit, okay.  Now, do you remember if
3  you -- if you tried to find information about
4  Healthcare Revenue Recovery Group on that app?
5      A   I put them in there.
6      Q   Okay.  But you don't recall if you
7  learned any information after you searched
8  Healthcare Revenue Recovery Group?
9      A   Yeah, I'm thinking now that that's where
10  I found out that they were in Florida and that
11  they -- well, I knew they were a collection agency
12  because she opened up that call with, you know,
13  that, that second one when I was saying that,
14  but -- when they said they were going to be
15  monitoring and recording the call.  But, yeah, if
16  you look on Reddit, if you look on there it will
17  tell you.
18     Q   Okay.  Thank you.
19          I don't think I got your full date of
20  birth.  Do you mind just letting me know your date
21  of birth?
22     A   ████.
23     Q   Okay.  And you have been a customer of
24  T-Mobile's from 2019 to present?

Page 81

1      A   Oh, yeah.  Been with them since high
2  school.
3      Q   Okay.  Are there any other people who are
4  on your cellular phone account with T-Mobile?
5      A   Just me.  I have a phone for my son, if
6  that's what you mean.
7      Q   Okay.  So it's your two phones --
8      A   I am the primary holder.  I have a phone
9  for him, an iPad for him.
10     Q   Okay.
11     A   I have these phones for me.  But nobody's
12  like name, no.  Nobody's name appears on my stuff
13  but me.
14     Q   We already went over that.
15          Now, when you indicated you thought
16  that a friend or a relative could have been calling
17  you, did you have someone specific in mind?
18     A   No, but friends or relatives call this
19  number, so I didn't have anybody specific in mind.
20  I just figured it was somebody who knew me who had
21  my phone number.
22     Q   And do you have --
23     A   Plus it was from Chicago, so I knew it
24  had to be somebody that must have known me from

21 (Pages 78 - 81)

Page 82

1 Chicago.
2     Q    And your friends and family members, do
3 you have all of their phone numbers saved in your
4 cell phone?
5     A    Majority of them are saved, yeah.
6     Q    Have you ever received a telephone call
7 from a family member from an unknown number like a
8 police station or from, you know, another location
9 where they were calling from?
10    A    Yeah, I have received a call from a
11 family member that was calling from another number
12 that was not their own, yeah.  Even my son has
13 called from another number, like when his phone
14 dies he's like, "Oh, mom, you need to come pick me
15 up."  So it's not as rare as it might seem.
16    Q    Now, you kind of are split between Texas
17 and Illinois.  Would you say that anybody who calls
18 you from a Texas number would be calling you from a
19 local number?
20    A    Yeah.  There's some people like my
21 brother here is in Texas, my sister is in Texas, I
22 have cousins in Texas, so those numbers are local.
23 Like local numbers, yeah, Texas and Illinois
24 mainly.

Page 83

1     Q    I'm just scanning through here to make
2 sure that we covered everything.
3          Have you ever attended an arbitration
4 or a mediation?
5     A    For?  In life?
6     Q    Yeah, like ever in relation to a lawsuit
7 have you ever attended a trial, arbitration, or a
8 mediation?
9     A    Yeah.  I don't really know what it has to
10 do with this, but I was a representative for the
11 IAM, which is a unionized position.  So I had to go
12 to mediation/arbitration in Dallas all the time for
13 that, but it's not relevant to this in any way.
14    Q    Okay.  What's the IAM?
15    A    It's the International Association of
16 Machinists and Aerospace Workers.  It's the union
17 for Southwest, so any time, you know, people would
18 have to go have hearings and stuff for their jobs
19 and everything then I would go with them to
20 represent them and that sort of thing.
21    Q    Okay.  You would represent co-workers'
22 hearings related to --
23    A    If I was -- yeah, if I was the original
24 union representative for that case, yes, I would

Page 84

1 have to go with them.
2     Q    And was that like a voluntary position?
3     A    A lot of those cases did not go all the
4 way to arbitration, it kind of -- you know, but a
5 couple of them did.  A couple cases went all the
6 way.  That's kind of like the final straw for those
7 type of things, but a couple of the cases went to
8 arbitration.
9     Q    And is that a voluntary position that you
10 had?
11    A    Yeah, yeah, yeah, yeah.  Yeah, it's
12 voluntary.
13    Q    Okay.
14    A    It's a union thing.
15    Q    Now just so I can understand your
16 background a little more completely, have you ever
17 been arrested?
18    A    No.
19    Q    Okay.  And have you ever been accused of
20 a crime?
21    A    No.
22    Q    Okay.  And have you ever been convicted
23 of a crime?
24    A    No.

Page 85

1          MS. EASOM:  Do you -- Paul, I think you
2 already answered this question, but do you intend
3 to call any other witnesses to testify on your
4 behalf at trial in this case?
5          MR. CAMARENA:  No.
6 BY MS. EASOM:
7     Q    All right.  I'm going to share my screen
8 with you again.  We're just going to go over
9 your -- our production request.
10         Now you indicated already, I just want
11 to be a hundred percent certain, do you have any
12 communications or documents or anything at all that
13 you plan to use at trial in this case?
14    A    Me?
15         MR. CAMARENA:  I'm sorry --
16         THE WITNESS:  Or Paul?
17 BY MS. EASOM:
18    Q    You, Ms. Atkins.
19    A    Oh, no, I don't have anything.
20    Q    Okay.  So the only thing that you
21 indicated you have are the screenshot that we
22 discussed today, maybe there's another screenshot
23 that could be out there that shows the other five
24 missed calls?

22 (Pages 82 - 85)

Page 86

1     A    Yes.
2     Q    And the last -- the last thing would be
3   your cell phone records that you're able to access
4   through your T-Mobile account; is that right?
5     A    Correct.
6     Q    Okay.  But there's no other documents or
7   communications or anything like that that relate to
8   your damages in this case?
9     A    No.
10          (Document was marked Exhibit 9
11            for identification.)
12  BY MS. EASOM:
13    Q    Okay.  I'm going to share my screen with
14  you again, and we're going to go over your request
15  for admissions.  So it's okay if you haven't, but
16  do you recall looking at this document before,
17  Defendant HRRG's Requests for Admissions?
18    A    I do not recall seeing this one.
19    Q    Okay.  Admission number 1, it indicates
20  here that you owe a debt of 27.57 for services
21  received by you from Little Company of Mary; is
22  that accurate?
23    A    That's correct.
24    Q    Okay.  It also indicates here that you

Page 87

1   owed consumer debts to other companies in 2021?
2     A    That's correct.
3     Q    Here it says -- I want to just get some
4   clarification on this one just given our prior
5   conversations today.  It says here that you
6   received telephone calls from debt collection
7   agencies and creditors during the time period in
8   question, which would be March 2021 and April 2021.
9   Did you receive telephone calls from other debt
10  collection agencies in March of 2021 and April of
11  2021?
12    A    No, nobody was calling me at that time.
13  Specifically March, no, nobody should have been
14  calling.  No.
15    Q    Okay.  And then --
16    A    Nobody should have been calling me.
17    Q    -- in connection with the other lawsuit
18  filed in March of 2021, those telephone calls were
19  received by you before March?
20    A    Before.  Yeah, yeah.  That was
21  beforehand.
22    Q    Okay.
23    A    Before that was filed.  So they weren't
24  calling during that time, no.

Page 88

1     Q    And have you received and answered
2   telephone calls from unknown numbers in the past?
3     A    Have I?  Yeah, I've received and answered
4   unknown calls in the past.
5     Q    So in terms of the five telephone calls
6   that you believe HRRG made to you after that
7   initial telephone call, why do you believe that
8   Healthcare Revenue Recovery Group was the entity
9   making those telephone calls?
10    A    Because of their phone number.
11    Q    So the five calls that you didn't answer,
12  it was from the same telephone number from the
13  first call?
14    A    That's correct.
15    Q    Okay.  In the past have you ever been
16  speaking with somebody on the phone and the call
17  disconnected for an unknown reason?
18    A    No.  Not while I'm at home, or do you
19  mean ever?
20    Q    Yeah, has there ever been an occasion
21  where you're speaking with somebody on the phone
22  and you lose service and the call disconnects and
23  you need to call the person back?
24    A    Yeah.  I mean, that happens to all of us,

Page 89

1   but when I'm at home on my WiFi that's never
2   happened before.
3     Q    So I want to just get clarification on
4   number 15.  It says:  Admit that you never sent a
5   request in writing for HRRG to stop contacting you.
6   And you denied that.
7          Could you -- did you ever send a
8   request in writing for HRRG to stop contacting you?
9     A    I personally did not.  I don't know if
10  Attorney Paul may have sent that on my behalf, but
11  I did not personally mail them a letter, no.
12        MR. CAMARENA:  Krista, would you like me
13  to elaborate on that?
14        MS. EASOM:  Sure.
15        MR. CAMARENA:  What -- I signed these.
16  What I meant to say is that I sent an e-mail on
17  Ms. Atkins' behalf requesting that HRRG stop
18  contacting her.
19        MS. EASOM:  Okay.  Was that at the same
20  time you filed the complaint?
21        MR. CAMARENA:  It was probably a couple
22  days before that, yeah.
23        MS. EASOM:  Okay.  Okay.  Thank you,
24  Paul.

23 (Pages 86 - 89)

1  BY MS. EASOM:
2      Q   All right.  I'm going to stop sharing my
3  screen there.
4           I'm going to go back to our
5  interrogatories.  I just want to clarify.  These
6  are your answers to HRRG's first set of
7  interrogatories.  I just want to confirm, is this
8  your signature, your docu signature right here,
9  Ms. Atkins?
10     A   It is.
11     Q   Okay.  And do you remember signing this
12 on December 5th, 2021?
13     A   I do.
14     Q   Okay.  And before you signed it did you
15 kind of review everything that -- all of the
16 responses in here?
17     A   Yes, I read through it.
18     Q   Okay.  Thank you.
19          Could you just elaborate a little bit
20 on what symptoms you had after the telephone calls
21 from Healthcare Revenue Recovery Group?
22     A   You said what symptoms?
23     Q   Right.  Just trying to get a better feel
24 for the emotional distress, which is kind of a

1  little bit of a vague term.  Could you explain a
2  little bit more, you know, kind of exactly what you
3  experienced?
4      A   Yeah.  So, like I was saying, I was
5  really like -- I don't really know how to explain
6  it.  I was like really, really, really mad, like to
7  the point of like, I don't want to say it, this is
8  like pissing me off.  I'm like, oh, my God.  Like,
9  jeez, make it stop.
10          Like at that point I did want to like
11 turn off my phone, but I know I can't.  I'm not --
12 I can't do that.  I have a 12-year-old.  Like I
13 have to have my phone like all the time.  He plays
14 sports and all this other stuff, so I'm like I
15 don't even know what to do, I'm between a rock and
16 a hard place right now because these people are
17 still going to keep calling me, and like I was just
18 upset.  I was really, really, really upset.
19          It's kind a little bit hard to
20 explain, but it was like -- like, you know, like
21 when you shake if you're like really upset and then
22 you feel like there's nothing you can really do but
23 it's like I just want to punch somebody but I
24 couldn't because nobody is there to punch, so

1  they're on the phone all the way in Timbuktu, who
2  knows where, so I'm like (indicating).
3      Q   Thank you.
4      A   But, yeah, it's -- I guess that's like
5  the best explanation I can give to it.
6      Q   Did you take any medications after
7  receiving the telephone calls or to treat, you
8  know, what you were feeling?
9      A   No.  No.  I don't -- no.  I don't take
10 medication unless it's like insulin.  I don't
11 really like medication, so I try to stay away from
12 medications.  I don't -- I just deal with it, just
13 try my best to deal with it.
14     Q   And the emotional distress, was that
15 after the April telephone call?
16     A   Yes, that was after the April one.
17     Q   Did you feel that same stress after the
18 March 2021 call or is it mainly after the
19 April 2021 telephone call?
20     A   After the March one I was annoyed for
21 sure, but I didn't feel that level of emotional
22 distress.  It was more like an annoyance of
23 emotional distress, like, okay, here are these
24 people, I know I don't know them so why are they

1  still calling me.  Like it was kind of like
2  annoying, but I wasn't like ready to fight them.  I
3  was just like annoyed more than anything.
4           Like every time I noticed the calls
5  I'm like, oh, HRRG.  Then they would leave like
6  these automated messages like, "This is HRRG."  So
7  I'm like, oh, gosh.  Like I have to clear --
8  literally before all this started happening I have
9  to clear out, because I don't really check my voice
10 mails, I have to clear out my voice mails because
11 it's all of them with that.
12          So I'm like it would give me like a
13 notification like your mailbox is full, you have to
14 clear it out, and mainly probably, no lie, like 60
15 percent of my mailbox was HRRG.  Like I do not have
16 to clear my mailbox out that often because people
17 in 2021 do not even like leave messages, my friends
18 and stuff.  60 percent of my mailbox should not be
19 HRRG calling here.  Like seriously.  So I was more
20 annoyed at all of that.
21          The April really like took me over the
22 top past annoyance.  It was like if I could really
23 get my hand on you right now, but I couldn't.  So
24 just moved on.

Page 94

1    Q   Did you have anything else kind of going
2  on in March 2021 or April 2021 that was stressful
3  in your life?
4    A   No, not really.  I mean, we're in the
5  middle of a national pandemic, if that counts.
6  But, no, that wasn't stressful for me.  I was fine.
7    Q   In March and April of 2021 what was your
8  normal sort of routine day to day, if you can kind
9  of walk us through your normal day?
10    A   March and April 2021 a normal day?  I
11  don't know.  Like I said, we're in the middle of a
12  pandemic right now, so I wasn't at work.  I would
13  probably, you know, get up.  My son had virtual
14  school, deal with that, deal with some virtual
15  school stuff, do some like stock research.  I think
16  I was like trying to learn stocks or something at
17  that time.  I didn't have too much going on.
18        Back then, you know, my mom, probably
19  chitchat with her a little bit.  I don't really
20  know.  Actually, March 2021 -- yeah, it was weird
21  times right now.  Like my schedule way off by
22  March of 2021 just 'cause, you know, things have
23  changed in the world.
24    Q   Okay.  Were you stressed out at all about

Page 95

1  the pending action that you had against FlexShopper
2  at all?
3    A   No.  I wasn't worried about that at all.
4  Not at that time.  That was over.
5    Q   Besides Healthcare Revenue Recovery Group
6  and FlexShopper, are there any other companies that
7  you can think of that called you in the beginning
8  of 2021 to discuss an outstanding debt?
9    A   In the beginning of 2021?  No.  No.
10  Nobody was calling me in the beginning of 2021.
11    Q   And around what time did you start trying
12  to make the transition to move to Texas?
13    A   August.  July, August.
14    Q   Of this year?
15    A   Yeah, yeah, this year.  This is new.
16  Like Texas is a new -- like I said, my brother, he
17  lives here, and so I'm like back and forth and
18  everything.  My sister, she lives here now.  So she
19  lives here in Texas, there at Texas.
20        But I'm like back and forth, you know.
21  But I started that transition, I tried to do it
22  this summer to try to like lock it in by next
23  summer, like my own personal home for next summer.
24    Q   Do you plan to move to Texas permanently?

Page 96

1    A   It's possible.  If I can get my mom to
2  move to Texas, like I really don't want to leave my
3  mom here because my sister and brother are in
4  Texas, so it's like I have my mom.  Like I don't
5  want to leave her here in Chicago.
6        You know, if she agrees, which right
7  now she's kind of like not agreeing, so if she
8  agrees like that she can come to Texas then I will
9  move to Texas.  Yeah.  The weather and stuff is
10  better for her, but she doesn't -- she doesn't want
11  to really.  She's older, so you know how older
12  people, they're like not comfortable making those
13  type of moves.
14        So I'm like, "Oh, just come to Texas,"
15  and she's like, "Well, I don't want to."
16        So I'm like here with her.  But, I
17  mean, it's fine, but I would rather like be in
18  Texas permanently instead of like back and forth,
19  which right now it's easier because I fly for free
20  still, it was a part of my deal with Southwest, so
21  it's easy to get, you know, back and forth but
22  eventually that's going to end and then flights are
23  going to be expensive.  So...
24    Q   Do you plan to travel back to Illinois

Page 97

1  for the trial in this case?
2    A   Well, I'm in Illinois right now.  I don't
3  know when the trial is going to be, but, yeah, if I
4  have to come there then I will be -- if I'm in
5  Texas and I have to come back then, I mean, I just
6  got to do what I got to do.
7        MR. CAMARENA:  Excuse me.  Krista?
8        MS. EASOM:  Yes.
9        MR. CAMARENA:  Ms. Atkins earlier had
10  advised me she has a 12:45 doctor's appointment, so
11  I'm wondering whether we should take a lunch break
12  sometime soon if you just have a little bit more.
13  BY MS. EASOM:
14    Q   So you need to be out of here by 12:45,
15  Ms. Atkins?
16    A   Oh, no.  I actually should be like going
17  right now.  I have to go to the University of
18  Chicago to my endocrinologist appointment with
19  Dr. Zey, so that's at 12:45.
20        He said that it would be like two
21  hours, so I was like, okay, fine, if I leave at
22  like noon then I should be able to -- you know,
23  it's right over -- are you in Chicago?  I don't
24  know.  It's right over on Maryland.  You probably

Veritext Legal Solutions
800-567-8658                                                    973-410-4098

1   know where University of Chicago is. So I have to
2   be over there at 12:45.
3       Q    Okay. So you need to leave for your
4   appointment now?
5       A    If we're about to wrap up, are we close
6   to being like done or no?
7       Q    I mean, we can take a break, I can kind
8   of go over my notes while you are going to your
9   appointment, and I can let Paul know if we need to
10  pop back in to finish anything up.
11      MS. EASOM: June, do you have another
12  deposition this afternoon?
13      THE REPORTER: No, I don't.
14      MS. EASOM: Would you be available if we
15  need to reconvene at like 2:00 p.m. Central?
16      THE REPORTER: Sure. You'd have to let
17  Veritext know.
18      MS. EASOM: I'll e-mail Veritext, and
19  I'll include you on the e-mail as well.
20  BY MS. EASOM:
21      Q    You know, Ms. Atkins, I don't want you to
22  be late for your appointment, so we can call this a
23  lunch break --
24      A    Yeah, like previously I haven't done like

1   this Zoom deposition or anything before, so I
2   figured two hours was more than enough time when I
3   agreed to the, you know, 10:00 o'clock or I would
4   have tried to reschedule it at that time. So my
5   apologies for that. I didn't know these things ran
6   this long, a few questions here and there, but
7   apparently more to it.
8       Q    So just so I can completely, you know,
9   narrow in on exactly what your damages are, we're
10  limiting -- the damages are limited to emotional
11  distress; is that correct?
12      A    That's correct.
13      Q    Okay. And are there any financial
14  damages that you experienced as a result of the
15  telephone call?
16      A    No, not besides, you know, having to
17  obtain a lawyer to try to get this stuff stopped
18  and all that, no. Not like any extra damages like
19  that.
20      Q    And did you ever dispute the debt to any
21  credit reporting agency?
22      A    For HRRG? Or Little Company of Mary?
23      Q    Yes.
24      A    No, no.

1       Q    Okay. So you never contacted Transunion
2   or Experian or Equifax to dispute the debt from
3   Little Company of Mary or HRRG?
4       A    No.
5       Q    Okay. Did you ever contact a credit
6   reporting bureau to dispute another debt that was
7   on your credit report?
8       A    It's possible. I have spoken with some
9   credit repair specialists before, so I personally
10  have not disputed anything on my report, no. I
11  haven't disputed anything with HRRG or Little
12  Company of Mary.
13      Q    Okay. And I'm going to try to make this
14  quick because I know you have your appointment.
15  Were you working in March of 2021 and April of 2021?
16      A    I was not working at Southwest, no.
17      Q    So what was your main occupation during
18  that time?
19      A    My main occupation at that time I was
20  really just doing like insurance stuff and that
21  sort of thing. I wasn't like clocking a 9:00 to
22  5:00. I was doing insurance appointments,
23  insurance writing, insurance classes, insurance
24  everything at that point.

1       Q    And when did you purchase the other
2   property that you own in Illinois? I believe it's
3   Marshall Street; is that right?
4       A    Marshfield. Yeah, that was 2019.
5       Q    In 2019 you purchased was it a
6   condominium?
7       A    No, it's a home. It's a single-family
8   unit.
9       Q    And are you current on your mortgage
10  payments?
11      A    With them?
12      Q    Yes.
13      A    Yeah and no. They kind of deferred it
14  because of COVID and everything, so I don't know if
15  you want to call it current but I guess.
16      MR. CAMARENA: We'll supplement that
17  we're not seeking economic damages, if that's what
18  you need, and we'll stipulate that we're not bringing
19  any action with respect to the FCRA or the failure
20  to report a dispute because that's not what happened.
21  BY MS. EASOM:
22      Q    Okay. Have you -- is there anyone you
23  have not identified who you can think of who may
24  have knowledge about anything related to this

26 (Pages 98 - 101)

Page 102

1  lawsuit?
2    A   No.  No, just me and Attorney Paul, you
3  guys.
4    Q   Okay.
5    A   I haven't discussed this.
6    MS. EASOM:  Okay.  So we can hit the
7  pause button.  I'm concluding subject to reserving
8  our right to reconvene.  To the extent that we have
9  any more material that we need to go through and in
10  the event additional documents are produced, we
11  would reserve our right to come back another day,
12  another time, to discuss any additional documents
13  that are produced that are in your custody, control
14  that were requested.
15        I'm going to -- Paul, we can go off
16  the record now.
17        (Whereupon a discussion was
18          held outside the record.)
19    MS. EASOM:  We can conclude the record
20  here.  We can indicate we're taking a lunch break,
21  and I will let you know if we need to reconvene
22  this afternoon.  I'm just going to check with Paul
23  because there are a few items that we didn't
24  necessarily go over but we may be able to get by

Page 103

1  with what we covered today.
2        So, Paul, do you want me to just give
3  you a call back in a few?
4    MR. CAMARENA:  We can talk here if you
5  want or if you have to go through your records you
6  can call me back.  I'll be available the rest of
7  the afternoon.
8    MS. EASOM:  Okay; great.  I'll give you a
9  ring.  I'll go through everything, and I'll give
10  you a call back.
11    MR. CAMARENA:  Okay.  Thanks.
12    THE REPORTER:  Did you want to put
13  transcript orders on the record, if there are any
14  orders?
15    MS. EASOM:  I'm 99 percent certain we're
16  going to order the transcript, but I just need to
17  double-check with the client and so I'll get back
18  to you on that.
19    MR. CAMARENA:  So I'll just wait for a
20  phone call.
21    MS. EASOM:  All right.  Thank you, Paul.
22    MR. CAMARENA:  Thanks, Krista.
23        (Whereupon the deposition was
24          suspended at 12:09 p.m.)

Page 104

1  STATE OF ILLINOIS     )
                          )  SS.
2  COUNTY OF K A N E      )
3        The within and foregoing videoconference
4  deposition of the aforementioned witness was
5  reported remotely JUNE M. FUNKHOUSER, CSR, RMR and
6  Notary Public, on the date and time aforementioned.
7        There were present via videoconference
8  during the taking of the deposition the previously
9  named counsel.
10        The said witness was first duly sworn via
11  videoconference and was then examined upon oral
12  interrogatories; the questions and answers were
13  taken down in shorthand by the undersigned, acting
14  as stenographer and Notary Public; and the within
15  and foregoing is a true, accurate and complete
16  record of all of the questions asked of and answers
17  made by the aforementioned witness, on the date and
18  time hereinabove referred to.
19        Before completion of the deposition,
20  review of the transcript { } was {X} was not
21  requested.  If requested, any changes made by the
22  deponent (and provided to the reporter) during the
23  period allowed are appended hereto.
24        The undersigned is not interested in the

Page 105

1  within case, nor of kin or counsel to any of the
2  parties.
3        Witness my official signature and seal as
4  Notary Public in and for Kane County, Illinois, on
5  the 17th day of January, A.D. 2022.
6
7                    _____
                     JUNE M. FUNKHOUSER, CSR, RMR
8                    Notary Public
                     License No. 084-003024
9                    One North Franklin Street, Suite 3000
                     Chicago, Illinois  60606
10                   Phone:  (312) 442-9087
11
12
13
14
15
16
17
18
19
20
21
22
23
24

27 (Pages 102 - 105)

| **&** |
| --- |
| **&**   2:8 4:5 |

| **0** |
| --- |
| **01484**   3:17 |
| **02408**   1:6 3:14 |
| **084-003024**   105:8 |

| **1** |
| --- |
| **1**   3:6,16 19:23 |
| 20:4 23:4 37:17 |
| 62:3 86:19 |
| **1,000**   63:14 |
| **1/14/20**   3:11 |
| **100**   28:24 36:23 |
| **10:00**   20:19 99:3 |
| **11**   49:17 |
| **12**   9:9,10 49:15 |
| 50:10 91:12 |
| **12:09**   103:24 |
| **12:45**   97:10,14,19 |
| 98:2 |
| **13**   12:16,17 |
| **132**   2:4 |
| **14**   1:18 51:11 |
| **1484**   67:21 68:8,10 |
| **14th**   26:20 |
| **15**   43:3 52:3 53:7 |
| 89:4 |
| **1692a**   43:3 |
| **17th**   74:5 105:5 |
| **19**   3:6 |
| **1:21**   1:6 3:14,17 |
| **1s**   7:14 |

| **2** |
| --- |
| **2**   3:8 26:4,8 |
| **2000**   18:10 |
| **2003**   12:6 |
| **2007**   11:22 12:10 |
| **20091**   105:7 |
| **2013**   18:20,24 |

| **2017**   18:21,22 |
| --- |
| **2019**   14:18,18 22:7 |
| 22:8 23:6,8,13,24 |
| 24:18 78:5 80:24 |
| 101:4,5 |
| **2020**   12:21 13:2 |
| 26:20 27:14,15 |
| 43:24 |
| **2021**   1:18 27:13 |
| 49:21 50:1 53:8 |
| 54:8 57:17 62:24 |
| 63:1 74:5 87:1,8,8 |
| 87:10,11,18 90:12 |
| 92:18,19 93:17 |
| 94:2,2,7,10,20,22 |
| 95:8,9,10 100:15 |
| 100:15 |
| **2022**   105:5 |
| **21**   67:20 68:8,10 |
| **249**   39:8 |
| **26**   3:8,10,16 23:1 |
| 62:3 |
| **27**   37:20 54:11 |
| 61:8,16 |
| **27.24.**   54:9 |
| **27.57**   24:21 25:11 |
| 86:20 |
| **27.57.**   25:4,6 |
| **2:00**   98:15 |

| **3** |
| --- |
| **3**   3:10 26:8,11 |
| **30**   25:5 43:19 |
| 44:10,12,23 |
| **3000**   105:9 |
| **312**   105:10 |
| **312.493.7494**   2:5 |
| **312.565.6511**   2:10 |
| **312.980.6766**   2:10 |
| **312/610-2220** |
| 15:16 |

| **35**   3:12 |
| --- |
| **36**   9:11,12 |
| **37**   37:20,22,22,24 |
| 38:1,2 |

| **4** |
| --- |
| **4**   3:12 35:12,15 |
| **4/27/2021**   35:10 |
| 35:10 |
| **40**   3:14 |
| **442-9087**   105:10 |

| **5** |
| --- |
| **5**   3:4,14 40:17,20 |
| 44:3 74:22 |
| **500**   2:4 |
| **5:00**   100:22 |
| **5th**   90:12 |

| **6** |
| --- |
| **6**   3:15 43:3 61:17 |
| 74:24 75:3 |
| **60**   93:14,18 |
| **600**   23:12 |
| **60606**   2:9 105:9 |
| **60607**   2:5 |
| **60805**   7:15 |
| **61**   3:15 |

| **7** |
| --- |
| **7**   3:17 45:17 75:1 |
| 75:4,5 |
| **7/12/85**   80:22 |
| **75**   3:17 |
| **76**   3:18 |
| **773**   16:12 31:17 |
| **773/402-9322**   16:8 |
| 30:22 |

| **8** |
| --- |
| **8**   3:18 47:9 76:21 |
| 76:23 |
| **80,000**   44:17 |

| **800**   2:9 39:16 |
| --- |
| 47:15,19 48:3,7 |
| **8486**   26:14 |
| **86**   3:21 |
| **866**   39:16 47:15,19 |
| 48:7 |
| **872**   39:15 48:4 |
| 50:3,5 53:20 |
| **8844**   10:19 |
| **888**   47:18 |
| **88th**   9:24 10:9,17 |
| 44:21 |

| **9** |
| --- |
| **9**   3:21 86:10 |
| **9524**   7:14 10:1,5 |
| 10:12 26:17 42:22 |
| **9525**   8:17 |
| **99**   103:15 |
| **9900**   24:13 |
| **9:00**   100:21 |
| **9:54**   1:17 |

| **a** |
| --- |
| **a.d.**   105:5 |
| **a.m.**   1:17 20:19 |
| **a.r.m.**   67:22 71:22 |
| 72:1 |
| **able**   62:22 86:3 |
| 97:22 102:24 |
| **absolutely**   22:19 |
| **academy**   12:4 |
| **access**   51:20 86:3 |
| **account**   62:17 |
| 71:9,11,16 76:1 |
| 81:4 86:4 |
| **accurate**   41:19,21 |
| 62:10,11 77:10,12 |
| 77:13 86:22 |
| 104:15 |
| **accused**   84:19 |

**acquire** 11:1
**acquiring** 10:2,11
  10:15
**act** 6:22 43:2
  55:17 63:15,17,20
  70:10
**acting** 104:13
**action** 63:8 95:1
  101:19
**actions** 55:16
**additional** 62:8
  102:10,12
**address** 10:3,4,17
  11:2,3,6 15:17
  26:16,18 29:8
  30:3,5,7
**addresses** 42:21
**admission** 86:19
**admissions** 3:22
  86:15,17
**admit** 89:4
**advised** 97:10
**aerospace** 83:16
**affiliated** 15:5,7
**aforementioned**
  104:4,6,17
**afternoon** 98:12
  102:22 103:7
**agencies** 87:7,10
**agency** 80:11
  99:21
**ago** 18:10,11,15,17
  44:14 49:24 52:3
**agreed** 51:9 99:3
**agreeing** 96:7
**agreement** 38:14
  38:15 69:1,6,11
  72:9
**agrees** 96:6,8
**ahead** 5:10 6:20
  15:3 26:3 35:11

74:3
**airlines** 12:12
**airport** 13:12
**allegations** 42:9
  59:4 62:9 66:7
  74:18 76:4
**allege** 70:8
**allow** 64:4
**allowed** 104:23
**amount** 24:24
  25:2 38:1
**angry** 55:24
**annoyance** 92:22
  93:22
**annoyed** 92:20
  93:3,20
**annoying** 93:2
**answer** 5:16,17,19
  5:20,21 6:5 19:15
  31:6,11 34:4
  39:17 46:8,11,20
  53:5 56:6 57:4,5
  67:3,8,11 88:11
**answered** 27:6
  33:17 36:1 47:17
  48:6 53:9,16,20
  56:23 59:2 70:17
  85:2 88:1,3
**answers** 6:2 90:6
  104:12,16
**anybody** 7:17,20
  7:23 8:16 39:20
  46:23 47:2 59:3
  76:13 81:19 82:17
**apartment** 7:14,21
  8:17 10:7,8,11
**apologies** 99:5
**apologize** 18:2
  27:5
**apologized** 54:19

**app** 78:17,20 79:2
  79:7,8 80:4
**apparently** 37:20
  44:19 99:7
**appear** 17:5
**appeared** 6:11
  49:4
**appears** 81:12
**appended** 104:23
**appointment**
  97:10,18 98:4,9,22
  100:14
**appointments**
  100:22
**approximately**
  30:14
**april** 33:12 40:5
  43:24 52:3,20
  53:8 54:8 56:10
  57:17 63:1 87:8
  87:10 92:15,16,19
  93:21 94:2,7,10
  100:15
**arbitration** 83:3,7
  83:12 84:4,8
**area** 14:24 34:11
  39:7,11,12,14,15
**arrested** 84:17
**asked** 27:5 29:23
  29:24 30:3,4,5
  36:9 78:18 104:16
**asking** 21:17 29:3
  29:22 72:7
**association** 83:15
**assuming** 21:16
  25:2 42:2
**assurance** 28:12
**atkins** 1:4,13 3:3,7
  4:17 5:1,7 8:5,24
  9:1,20 14:10 15:9
  28:8 31:15 40:23

41:3 42:12 43:14
  50:13 52:9,13
  67:21,21 68:17,19
  69:5 74:15 75:2,4
  85:18 89:17 90:9
  97:9,15 98:21
**atkinsfinancial.o...**
  15:21
**attend** 11:23 13:7
**attended** 83:3,7
**attention** 37:8
**attorney** 5:15
  20:18 21:14 51:16
  51:22 59:7 61:22
  67:8 71:13 73:15
  73:18 89:10 102:2
**attorney's** 63:6
**august** 13:1,2
  95:13,13
**aunt** 49:1
**authorized** 43:4
**automated** 93:6
**available** 25:21
  67:9 98:14 103:6
**ave** 26:17
**avenue** 7:14 10:5
  10:19
**aware** 44:9,10
**awesome** 10:17

| **b** |
| --- |

**b** 3:5 8:5 32:13
  75:4
**bachelor's** 11:11
  11:16
**back** 14:22 15:9
  22:7 23:13 33:16
  34:18,20 36:5,7
  37:5 49:16 50:23
  54:1,13 55:23
  57:7,8 61:10
  72:15 78:5 88:23

**[back - calls]**

90:4 94:18 95:17
95:20 96:18,21,24
97:5 98:10 102:11
103:3,6,10,17
**background** 12:9
84:16
**bad** 45:16 73:1
**balance** 17:23
37:16,16 38:17
61:4,10,12,13
**bank** 18:7,9
**bankruptcy** 18:18
18:24 44:15,19
**based** 46:3,7,21
50:1 65:1
**basically** 14:15
68:21,22
**basis** 63:20
**bates** 3:9,11
**bathroom** 6:19
56:19
**batkins** 15:21
**bearing** 69:23
**began** 55:10 59:19
**beginning** 19:2
42:19 73:11 74:6
95:7,9,10
**behalf** 2:7,11 37:1
37:12 41:24 54:19
85:4 89:10,17
**belief** 45:19
**believe** 23:12
33:12 39:14 40:8
40:12,12 41:18
43:6,7 46:2,14,15
48:17 49:4,7,10
50:3 56:15 59:10
60:11,12,20,22
61:3,5,7 62:6
65:18 67:1 88:6,7
101:2

**believing** 41:20
47:10
**bernstein** 75:4
**best** 92:5,13
**besties** 72:16
**better** 90:23 96:10
**bill** 3:9 23:23 24:1
24:5 26:3
**bills** 78:5
**birth** 80:20,21
**bit** 6:4 10:13 12:8
12:10 42:7 43:20
45:22 46:12 47:12
61:20 70:12 90:19
91:1,2,19 94:19
97:12
**blah** 28:13,13,13
**block** 32:15,20
55:5
**blocked** 32:21
55:7
**blocker** 55:5
**blocking** 55:1
**bottom** 54:3
**box** 26:14
**boy** 54:10
**brad** 75:4
**brat** 55:15
**break** 6:17,21 7:5
7:7 97:11 98:7,23
102:20
**breaking** 5:9
**breeyahdoesit**
32:11
**bren** 24:13
**brick** 15:22
**bring** 21:17
**bringing** 101:18
**brings** 12:18
**brittani** 1:4,13 3:3
3:7 4:3,17 5:1 8:5

9:20 20:9 28:8
41:3 42:12 52:24
**brother** 48:16
82:21 95:16 96:3
**brought** 21:21
**building** 10:1
**bunch** 79:9,19
**bureau** 100:6
**business** 14:5,11
14:14,17,18 15:10
15:13,18,23 16:4
17:2 28:20,21,21
29:1,7,10,12,14,14
29:20 30:20 31:16
31:21 32:2,8,18
36:23 37:6 38:5,6
38:8,10 43:5
59:13,16,18,20,21
60:11 66:12
**businesses** 13:21
14:16
**butt** 38:3
**button** 7:6 102:7
**bye** 33:23

**c**

**calculate** 65:5
**california** 48:18
**call** 6:19 18:6
26:24 27:3,8
28:11 30:2,8,10,12
30:18,24 31:17,24
33:3,14 34:1
35:22,24 36:3,4
37:5 38:22 39:2
40:5 43:8 47:15
47:16,21 48:3
49:18 51:2,9
53:11,12,14,23,23
54:14,14 55:3,9,13
56:10,11 60:17,19
60:19 66:10 70:21

71:3 72:4 73:19
74:1,1,10 80:12,15
81:18 82:6,10
85:3 88:7,13,16,22
88:23 92:15,18,19
98:22 99:15
101:15 103:3,6,10
103:20
**called** 5:2 30:2
32:15 33:5,5,13,15
33:16 34:17,18,20
36:5,7 42:5 53:9
54:1,12,17,20
55:23 57:7,8 60:4
61:10 66:13 71:6
78:20 82:13 95:7
**caller** 31:1,3
**calling** 25:1 28:19
31:15 32:19 37:1
37:3,7,11,12,17
38:3 46:16,20
47:3,11,18 53:18
54:7 55:22 56:3,6
57:2,5 59:23 60:2
60:9,11,23 66:10
66:12,21 70:24
71:1,6 72:2,4,18
73:17,20 81:16
82:9,11,18 87:12
87:14,16,24 91:17
93:1,19 95:10
**calls** 16:10,19 31:4
31:6,9,12 35:19
39:18 41:9 45:20
48:7 51:13,14,18
51:23 52:4,14,20
53:4,5 57:23 59:3
65:3 70:14,18
75:10 78:10 82:17
85:24 87:6,9,18
88:2,4,5,9,11

90:20 92:7 93:4
**camarena** 2:4 4:13
20:24 35:3 41:7
41:14 52:8,24
63:7 64:2,4,9 67:3
67:5,9,11,14,20
68:1,6,9,15,24
69:9,14,16 71:14
79:13 85:5,15
89:12,15,21 97:7,9
101:16 103:4,11
103:19,22
**capable** 14:2
**capital** 18:7,9
44:13 45:5
**capture** 6:1
**card** 45:5,13
**cards** 44:13 45:5,9
45:11,12,14,15,15
**carrier** 16:22 17:2
**case** 3:14,17 4:7
19:10 38:7 61:23
65:16,21 67:19
68:18,19 70:1,6,8
70:12,13,20,23
71:3 72:11,13
75:9 78:22 83:24
85:4,13 86:8 97:1
105:1
**cases** 84:3,5,7
**cause** 94:22
**caused** 64:1,14
**causing** 73:4
**cell** 16:3,6,15,16
16:18,22 17:1
50:7,9 70:21 82:4
86:3
**cellular** 81:4
**central** 98:15
**certain** 5:23 27:18
27:18,19 40:11

46:19 85:11
103:15
**certificates** 13:14
13:17 14:22
**certifications**
13:24
**cetera** 41:5 54:5
**changed** 94:23
**changes** 104:21
**check** 93:9 102:22
103:17
**chicago** 2:5,9 9:13
9:15,16,23,24
10:18 12:4 13:7,9
13:11,13 42:14
47:22,23 48:4,5
81:23 82:1 96:5
97:18,23 98:1
105:9
**chime** 79:10
**chitchat** 94:19
**chronological** 33:7
**city** 47:22
**civil** 1:15 4:20
**claimed** 64:15
**claiming** 63:5
**claims** 65:11
**clarification** 87:4
89:3
**clarify** 90:5
**classes** 100:23
**clear** 44:9 93:7,9
93:10,14,16
**clearly** 5:21
**client** 103:17
**clients** 42:1
**clinton** 2:4
**clocking** 100:21
**close** 98:5
**closed** 45:12,14

**closer** 25:5
**coast** 45:21 46:21
**coaster** 75:14,17
**code** 39:7,11,12,15
**codes** 39:14
**cognizant** 6:3
**collect** 28:9 38:1
41:24 71:9
**collection** 48:10
63:15,17 70:9
80:11 87:6,10
**collector** 43:2
47:18 71:24
**collectors** 47:14
**college** 11:24 12:7
12:10 13:15 18:16
58:20
**come** 7:23 29:18
82:14 96:8,14
97:4,5 102:11
**comfortable** 96:12
**coming** 50:5 64:24
**commencing** 1:17
**communicate**
39:24 50:12
**communicated**
38:18
**communications**
78:1 85:12 86:7
**companies** 48:10
87:1 95:6
**company** 15:6,8
22:8 23:7 24:5,12
37:1,13,14,23 38:6
38:11,16 42:1
43:4,11,19 54:17
60:1 61:4 66:8,20
77:20 78:1,5,21
79:7 86:21 99:22
100:3,12

**complaint** 3:14,17
41:5,7,14,17,19,21
42:7 49:20 53:7
55:8 59:5 63:21
66:2,4,17,23 68:11
69:24 73:9 74:4,9
74:22,24 89:20
**complaints** 76:12
**complete** 104:15
**completely** 84:16
99:8
**completion** 104:19
**comply** 69:18
**conclude** 102:19
**concluding** 102:7
**condominium**
101:6
**conduct** 72:11
**confide** 58:21
**confidential** 72:8
**confidentiality**
69:1,11,18
**confirm** 6:5 90:7
**connected** 34:8,9
**connection** 5:9
87:17
**consent** 71:23
**consents** 4:10
**consistent** 36:16
**consultants** 25:11
**consulting** 14:15
**consumer** 43:15
43:16,18,18 44:4,6
87:1
**contact** 25:24
26:23 36:18 38:13
38:16 100:5
**contacted** 72:13
73:15 100:1
**contacting** 70:5
89:5,8,18

[continued - different]                                    Page 5

continued 51:12
control 102:13
conversation 5:24
    27:21 28:1,4 33:8
    33:19 35:1 39:3
    39:22 40:2 50:18
    54:5
conversations
    87:5
convicted 84:22
cool 28:14 53:24
    73:22
copied 64:6
copy 68:11
coral 26:15
correct 9:6 16:21
    17:4 23:16 36:2,6
    38:24,24 48:11
    49:14,21 50:9,16
    57:18 61:6,6,14
    63:23 70:3,7,11,16
    70:16,19,22 74:15
    74:16 86:5,23
    87:2 88:14 99:11
    99:12
correctly 8:4
costs 63:6,8 65:2
counsel 2:3 104:9
    105:1
counselor 58:12
    58:19
counselors 58:20
counts 18:23 94:5
county 104:2
    105:4
couple 18:3 39:14
    42:20 44:12 71:19
    84:5,5,7 89:21
course 47:23
    69:12,20

court 1:1 20:7
    41:1 54:10 68:2
courts 1:16
cousins 49:2 82:22
covered 83:2
    103:1
covid 101:14
cr 67:20 68:5
creating 6:2
credit 17:6,10,11
    17:18,20 44:13
    45:4,9,11,12,14,14
    45:15 64:1,14
    99:21 100:5,7,9
creditor 30:11,13
    65:13,24
creditors 17:5,9
    17:14,21,21,22
    18:6 48:3 87:7
crime 84:20,23
criminal 11:19,20
cs4984831 1:24
csr 1:14 104:5
    105:7
current 26:16
    101:9,15
currently 42:16
cursing 55:20
custody 102:13
customer 12:14,17
    80:23
cv 1:6 3:14,17
    67:20 68:5,6,8,10

**d**

d 3:1 8:8 32:13
    75:4
dallas 13:10 83:12
damages 62:9 63:4
    63:13 64:1,10,14
    64:15,18,20 72:10
    72:12 86:8 99:9

99:10,14,18
    101:17
damn 73:4
danette 1:4 3:7 8:8
    20:9 41:3
darn 73:4
database 29:16
    59:13,14,17,23
    60:3,13,15
date 18:12 25:18
    25:21 27:11,12
    73:7 80:19,20
    104:6,17
dated 26:20
dates 51:20
day 23:9,13 25:3
    32:21 38:5,8
    56:24 72:3,18
    94:8,8,9,10 102:11
    105:5
days 89:22
deal 36:17 60:15
    60:17 92:12,13
    94:14,14 96:20
debt 28:10 38:7
    43:1,18 44:8,9,10
    44:12,20,23 47:14
    47:17 48:10 63:14
    63:16 66:15 70:4
    70:9 72:1 86:20
    87:6,9 95:8 99:20
    100:2,6
debtor 28:9
debts 41:24 43:15
    43:16,18,21 44:4,6
    87:1
deceiving 61:2
december 1:18
    90:12
deception 60:23

deceptive 60:21
decided 14:9
defendant 1:8
    2:11 3:19,21 4:6
    41:4 43:3 45:19
    50:12 65:21 70:20
    77:6 86:17
defendant's 72:11
defendants 72:13
deferred 101:13
defined 43:2
definitely 37:24
    51:22
degree 11:11,16
delinquent 43:17
    43:22 45:2
denied 89:6
depending 31:18
deponent 104:22
deposition 1:12
    2:2 3:7,24 4:10,12
    4:17,17,18 5:14,22
    6:12,23,24 7:3,24
    19:2,8,12 20:10,15
    20:19 21:13,15,18
    68:19 98:12 99:1
    103:23 104:4,8,19
depositions 1:17
described 50:15
describing 35:20
    70:1
diabetes 23:4
diabetic 22:11,23
    22:24
diagnoses 22:21
    23:3
dies 82:14
different 14:16
    17:14 39:14 42:20
    44:2 65:13 70:13
    75:13,15,16,22

79:9
**direct** 3:4 5:5
**disagreement** 73:10
**disclosed** 50:13
**disclosures** 3:16 61:21 62:3
**disconnected** 51:1 53:11 54:14 55:9 71:4,5 88:17
**disconnects** 88:22
**discord** 73:5
**discuss** 72:8 95:8 102:12
**discussed** 85:22 102:5
**discussion** 102:17
**dispute** 99:20 100:2,6 101:20
**disputed** 100:10 100:11
**distress** 58:7 64:18 64:21 75:8 90:24 92:14,22,23 99:11
**district** 1:1,1,16 4:21 20:7,8 41:1,2 66:3 68:2,3
**division** 1:2 20:9 41:2 42:13,13
**docket** 68:12
**doctor's** 97:10
**docu** 90:8
**document** 19:23 20:12,13 24:9 35:15 40:20 41:12 61:17 62:5 75:5 76:23 77:8 86:10 86:16
**documents** 19:3,8 19:11,13 21:17 26:7 62:24 77:19

85:12 86:6 102:10 102:12
**doesit** 32:13
**doing** 14:3 36:15 56:14,19,21,24 100:20,22
**dollars** 64:23
**double** 103:17
**dr** 97:19
**dressed** 56:16,20
**driver's** 19:16,17 19:17,19,20
**driving** 34:11
**duly** 4:2 5:3 104:10

**e**

**e** 3:1,5 8:8,8 15:17 21:10 32:13,13,13 33:1 68:11 77:24 89:16 98:18,19 104:2
**earlier** 44:20 49:18 53:13 54:4 65:18,20 78:18 97:9
**early** 14:7
**easier** 96:19
**easom** 2:8 3:4 4:3 4:15 5:6 20:1 21:4 26:2,6,9 35:4,6,11 35:14,17 40:14,19 40:22 52:6,11,12 53:3 61:19 64:3,8 64:11,16 67:13,16 67:18,23 68:3,8,13 68:16 69:3,12,15 69:20,21 72:6 74:21 75:2,7 76:20 77:1 85:1,6 85:17 86:12 89:14 89:19,23 90:1

97:8,13 98:11,14 98:18,20 101:21 102:6,19 103:8,15 103:21
**east** 45:21 46:21
**eastern** 1:2 20:8 41:2 42:13,13
**easy** 30:8 96:21
**ecf** 68:12
**economic** 63:24 64:10,14 101:17
**education** 11:8,10
**either** 21:16 77:23
**elaborate** 89:13 90:19
**emotional** 58:7,24 64:18,20 72:14 75:8,14,16 90:24 92:14,21,23 99:10
**emotionally** 75:19
**emotions** 75:13,22
**employment** 12:8 13:16
**ended** 53:23 57:13
**endocrinologist** 97:18
**entire** 58:14,17,18
**entirely** 52:9
**entity** 88:8
**equifax** 100:2
**estate** 10:3 79:24
**et** 41:5 54:5
**event** 102:10
**events** 22:5
**eventually** 43:17 96:22
**evergreen** 7:15 9:16,17 42:22
**everybody** 4:10
**evidence** 4:20

**exact** 25:18,21 34:20
**exactly** 25:4,19 46:17 49:19 51:15 63:12 91:2 99:9
**examination** 3:4 5:2,5
**examined** 5:3 104:11
**exchange** 77:24
**excuse** 34:15 49:16 50:11 57:20 63:16 97:7
**exhibit** 3:6,8,10,12 3:14,15,17,18,21 19:23 20:4 21:15 26:4,11 35:12,15 40:15,17,20 61:17 74:22 75:5 76:21 76:23 86:10
**exhibits** 3:23 26:7
**expect** 7:23
**expensive** 44:22 96:23
**experian** 36:18 100:2
**experience** 11:9
**experienced** 72:10 75:9,10 91:3 99:14
**experiencing** 73:8
**explain** 45:22 47:11 55:16 91:1 91:5,20
**explanation** 54:13 92:5
**extent** 102:8
**extra** 99:18
**eye** 75:21,21

| **f** | | | |
|---|---|---|---|

**facebook** 31:19
    32:7 76:1
**fact** 56:23 72:2
**failure** 101:19
**fair** 63:14,16 70:9
**familiar** 63:18
**family** 10:21 15:8
    39:22 40:1 48:12
    48:17,18,18,21,23
    48:24 73:5 82:2,7
    82:11 101:7
**far** 49:11 77:11,13
**fax** 2:10
**fcra** 101:19
**federal** 1:15 4:19
    4:20
**feel** 5:9 12:9 21:7
    60:18 69:5 90:23
    91:22 92:17,21
**feeling** 92:8
**fees** 63:6
**female** 28:6
**ffl** 15:7
**fight** 93:2
**figure** 64:19,21,22
    65:1
**figured** 59:14
    81:20 99:2
**file** 66:24
**filed** 18:18 41:7,14
    65:8,14,17 66:3,17
    66:23 67:23 74:5
    74:9 76:12 87:18
    87:23 89:20
**filing** 68:12
**final** 84:6
**finally** 47:6
**financial** 14:11,15
    15:9 31:15 32:5
    99:13

**find** 21:24 29:18
    48:9 52:21 80:3
**fine** 6:18 21:1,5
    40:10 53:2 71:14
    79:6 94:6 96:17
    97:21
**finish** 18:23 98:10
**firm** 4:5
**first** 3:19 5:3
    12:11,12 15:8
    25:15,19,24 26:22
    27:15,20 30:17
    31:3 32:15 33:8
    35:22 37:22 39:3
    39:5 42:3,5,10,11
    44:11 49:18 57:2
    74:6,10 77:6,14
    88:13 90:6 104:10
**five** 6:21 7:7 17:15
    22:17 50:20,22,24
    51:13,18 53:4
    85:23 88:5,11
**flexshopper** 65:22
    65:23 66:1,8,16,19
    67:22 68:19 70:5
    71:12,17,20,24,24
    72:12 75:4 76:11
    95:1,6
**flights** 96:22
**florida** 26:15 46:1
    46:3,15,16,16,18
    46:18,19,22 47:3
    48:17,20,22,24
    49:1 60:24 80:10
**fly** 96:19
**following** 2:2
**follows** 5:4
**foregoing** 104:3
    104:15
**foregone** 64:1,14

**forensic** 11:19
**forever** 49:24
**forgot** 8:2 19:1
**forth** 50:23 95:17
    95:20 96:18,21
**forward** 53:1
**found** 68:21 80:10
**four** 17:16 18:1
    29:9 30:4 35:1
**fourth** 42:24
**frame** 43:22,23,23
    44:1
**franklin** 2:9 105:9
**free** 69:5 96:19
**frequently** 22:17
**fresh** 18:15
**friend** 31:22 47:11
    73:18 81:16
**friends** 32:3 39:21
    40:1 48:12 81:18
    82:2 93:17
**front** 19:3 41:11
**frustrating** 56:17
**frustration** 73:8
**full** 8:3 29:24 30:1
    30:6 80:19 93:13
**functioning** 23:11
**funkhouser** 1:14
    104:5 105:7
**further** 50:13 51:6
    51:10

| **g** | | | |
|---|---|---|---|

**galaxy** 16:17
**gas** 45:13
**gears** 61:20 76:15
**general** 13:19
    17:21
**getting** 32:2 56:16
    56:20
**ggg** 79:12

**girl** 54:4
**give** 5:21 28:3 29:5
    29:8 30:6 36:16
    37:4 43:20 51:6
    51:15 56:4 61:11
    66:6 67:15,18
    72:22 92:5 93:12
    103:2,8,9
**given** 71:22 87:4
**giving** 22:20 72:17
**go** 5:10 6:19,20
    11:8 12:2,8 13:6
    15:3 26:2 35:11
    42:6 49:16 57:12
    57:22 58:4 61:21
    62:23 76:16 77:4
    77:16 78:16,21
    83:11,18,19 84:1,3
    85:8 86:14 90:4
    97:17 98:8 102:9
    102:15,24 103:5,9
**god** 91:8
**goes** 37:15
**going** 5:14,17 6:1
    10:24 11:8 12:7
    14:22 15:9 20:2,2
    20:4 24:6 25:13
    26:10,11 29:5,8
    30:6 32:18 33:7
    39:17 40:14 42:6
    47:24 50:23 51:5
    51:6,10 56:4 57:6
    61:20,24 69:16,22
    73:20 74:23 76:15
    76:19,20 77:18
    80:14 85:7,8
    86:13,14 90:2,4
    91:17 94:1,17
    96:22,23 97:3,16
    98:8 100:13
    102:15,22 103:16

**good** 42:8 79:13
**google** 78:19
**googled** 78:18
**googling** 43:10
**gordon** 2:8 4:5
**gosh** 93:7
**gotten** 61:15 72:1
**graduate** 11:21 12:5
**graduated** 12:10 13:15
**great** 4:15 5:13 7:16 8:7 24:14 34:14 35:14 40:19 52:17,23 63:3 64:11 67:13,19 103:8
**group** 1:7 4:6 16:11,20 17:7,24 20:10 24:24 25:8 25:17 26:24 27:22 30:19 31:19 32:15 32:23 33:4,10 34:17 35:24 36:5 38:18 39:4,19,21 40:3,7 41:4,8,23 42:4 43:1,9 46:3 46:13 50:11 51:3 51:4,12 53:9,10,18 54:7 57:24 59:6 59:11 60:21 63:22 74:11,19 75:3,11 76:5 77:21 78:2 80:4,8 88:8 90:21 95:5
**group's** 49:6,12 78:9
**grsm.com** 2:10
**guess** 17:13 29:18 47:20,21 54:9,23 74:9 92:4 101:15

**guilty** 68:21
**guy** 73:19
**guys** 25:18 37:6,10 37:17 38:4 51:16 57:14 67:16 73:4 102:3

## h

**h** 3:5 9:5 32:13
**habit** 18:5 45:16
**hand** 93:23
**handle** 7:5 32:10
**hang** 33:23 34:24 55:18,22 56:7 57:4,6 60:6 75:18
**hanging** 55:18
**happened** 22:15 34:3,7 39:18 42:9 59:4 68:23 73:14 73:24 74:5,8 89:2 101:20
**happening** 93:8
**happens** 88:24
**harassing** 61:8
**hard** 6:1 91:16,19
**harris** 9:4,5
**head** 5:22 27:7
**health** 23:17,20
**healthcare** 1:7 3:9 4:6 16:10,19 17:6 17:23 20:9 22:16 23:22 24:12,24 25:7,16 26:23 27:21 30:18 32:14 32:22 33:3,9 34:17 35:24 36:5 38:17 39:3,19,21 40:2,7 41:4,8,23 42:4 43:1,9 45:19 46:2,13 47:7 49:5 49:12 50:11 51:2 51:4,12 53:8,10,17

54:6,12 57:22,24 58:1,4 59:5,11 60:20 61:16 63:21 74:11,18 75:3,11 76:5 77:20 78:2,9 80:4,8 88:8 90:21 95:5
**hear** 5:8,16 33:18 34:5 70:2
**heard** 32:5 33:23 40:7 42:3 53:22
**hearing** 25:16,19 25:20 27:16
**hearings** 83:18,22
**heated** 72:24
**heck** 55:21 57:3
**held** 102:18
**hello** 28:6,7 33:22 33:22 53:21,21,21
**help** 73:20
**hereinabove** 104:18
**hereto** 104:23
**hey** 36:14
**hi** 4:3 34:21
**high** 11:24 12:2 81:1
**higher** 44:12
**highest** 11:10
**history** 12:8
**hit** 7:6 102:6
**hold** 79:22
**holder** 81:8
**holding** 55:20
**home** 7:10,11,24 11:4 34:2,9,10,10 34:12 56:12,13 72:19,20 88:18 89:1 95:23 101:7
**honestly** 50:3

**hospital** 22:12 24:18 37:13,15 43:19
**hourly** 63:11,12
**hours** 97:21 99:2
**house** 7:20
**houston** 9:19 10:15
**hrrg** 26:14 28:19 28:20,22,23 29:1,7 29:10,12,20 34:23 36:10,24 37:4 38:8,9,10,14,15 46:13 47:5 54:2 56:1 57:9 75:22 88:6 89:5,8,17 93:5,6,15,19 99:22 100:3,11
**hrrg's** 3:19,22 77:6 86:17 90:6
**hrrg003** 3:11
**hrrg005** 3:9,11
**huh** 7:12 9:2 13:3 19:6 23:16 48:11 50:16 53:15 62:21 74:7 77:7
**hundred** 29:11 85:11
**hung** 33:15 34:22 35:24 54:18 56:24 60:3 71:5,7 72:3 75:17,19
**hyperglycemia** 23:9

## i

**iam** 83:11,14
**ibs** 66:11
**idea** 61:12 63:10
**identification** 19:24 26:8 35:16 40:21 61:18 75:6

76:24 86:11
**identified** 101:23
**identity** 36:19
  78:23
**ignored** 37:5
**illinois** 1:1 2:5,9
  4:22 7:15 11:15
  19:17 20:8 25:11
  39:13,15 41:2
  42:14,15,17,17,23
  43:5 47:1 48:13
  60:23 65:14 66:3
  67:24 82:17,23
  96:24 97:2 101:2
  104:1 105:4,9
**include** 98:19
**included** 21:15
**including** 43:18
**inclusion** 3:23
**income** 14:19
**incoming** 35:9,23
**incorrect** 61:4,14
**incur** 72:12
**incurred** 43:14,15
  44:4 64:20 65:2
**indicate** 102:20
**indicated** 49:19,20
  81:15 85:10,21
**indicates** 47:9
  51:11 53:8 62:7
  62:12 64:18 86:19
  86:24
**indicating** 20:18
  55:19 56:2 57:10
  92:2
**individuals** 14:16
  62:8
**information** 28:10
  28:16 29:4,6,22
  30:9 31:19 35:2
  36:10,14,21 43:11

43:21 45:19 46:12
  50:14 51:7 54:4
  56:4 59:22 61:11
  62:9 65:24 66:15
  71:23 78:15 80:3
  80:7
**initial** 88:7
**inpatient** 25:10
**instagram** 76:8
**insulin** 23:10
  92:10
**insurance** 14:1,2,5
  14:5,22,23 15:4,5
  15:6,8 23:17,21
  24:12 100:20,22
  100:23,23,23
**intend** 85:2
**interaction** 79:16
**interested** 104:24
**interesting** 54:11
**interject** 5:10
**international** 83:15
**internet** 7:1
**interrogatories** 3:19 76:16 77:6
  90:5,7 104:12
**interrupting** 56:24
**introduction** 41:5
**investigation** 43:10
**investigations** 11:19,20
**ipad** 81:9
**irrelevant** 18:14
**issues** 34:10,13
**items** 102:23

**j**

**january** 26:20
  105:5

**jeez** 91:9
**job** 1:24 12:11,12
  13:5
**jobs** 13:21 83:18
**july** 95:13
**jump** 69:6
**june** 1:13 6:1 26:2
  35:11 40:16 64:12
  74:21 76:20 98:11
  104:5 105:7

**k**

**k** 8:6 104:2
**kane** 105:4
**keasom** 2:10
**keep** 22:3 32:19
  37:3 38:2 56:3
  57:2,5 59:24
  91:17
**keeps** 55:21
**kenwood** 12:4
**kept** 29:13 47:5
  54:23 59:23,23
  60:1 66:12 71:6
**kin** 105:1
**kind** 6:1,21 14:14
  22:4,5,20 28:3
  33:7 49:17 54:19
  57:10 59:10 61:2
  61:21 64:24 65:4
  66:6 73:8 82:16
  84:4,6 90:15,24
  91:2,19 93:1 94:1
  94:8 96:7 98:7
  101:13
**knew** 29:19 80:11
  81:20,23
**know** 5:9,11,16,21
  6:18,18,20,23,24
  7:6,24 11:9 13:7
  13:16,20 17:12,20
  18:23 19:1,7 20:5

20:16,18 21:7,8,10
  21:13,14,14,17
  22:22 23:6 24:10
  25:4 26:12 27:8
  28:9,12,15,16 29:2
  29:2,6,10,13,15,24
  30:5,15,23 31:14
  32:18 34:16 35:7
  36:18,22 37:23,24
  39:11,13,24 40:23
  42:8,21 44:9,18
  45:7 46:11,11,12
  46:17,24 47:14,20
  48:1 49:23 51:5
  51:21 53:17,22
  54:18,22 55:16,20
  56:19 57:8 58:7
  58:19,19,20 59:1
  59:15,15 60:1,4,16
  61:9 62:1,8,22,24
  63:16,20 64:19
  65:2,19 66:2
  68:17,21 69:18
  70:24 71:12 72:8
  72:16 73:1,7,16
  77:2,11,13,14
  78:12,16 79:3,16
  80:12,20 82:8
  83:9,17 84:4 89:9
  91:2,5,11,15,20
  92:8,24,24 94:11
  94:13,18,20,22
  95:20 96:6,11,21
  97:3,22,24 98:1,9
  98:17,21 99:3,5,8
  99:16 100:14
  101:14 102:21
**knowing** 61:14
**knowledge** 74:17
  101:24

known   81:24
knows   92:2
krista   2:8 4:4 53:1
  64:2 67:5,6,12
  69:2 89:12 97:7
  103:22

**l**

l.l.c.   1:7 67:22
  71:22
lady   42:5 47:6
lasted   50:18
late   98:22
law   4:4 60:10,18
  72:5
lawsuit   65:8,11
  76:10 83:6 87:17
  102:1
lawyer   79:13
  99:17
learn   94:16
learned   80:7
leave   14:4 93:5,17
  96:2,5 97:21 98:3
leaving   37:3
left   12:19,23 14:6
  14:6 23:10
legal   66:14
legit   78:14,22
  79:12
letter   3:11 26:20
  89:11
letters   32:23
letting   80:20
level   11:10 61:8
  92:21
lewis   11:13,14
liability   43:4
license   14:1,23
  19:16,17,18,19,20
  42:19 105:8

lie   93:14
life   9:13,15 15:2,4
  15:5,8 58:14,17,18
  83:5 94:3
limited   43:4 99:10
limiting   99:10
line   24:20 62:2
  64:17
linkedin   32:9
list   44:11 63:4
listed   10:4 17:14
  17:18,19 31:21
  44:18
listen   37:10
literally   54:10
  93:8
little   6:4 10:13
  12:8,9 19:4 22:7
  23:7 24:5 37:1,13
  37:14,23 38:6,11
  38:16 42:1,7
  43:19,20 45:22
  46:12 47:12 61:4
  61:20 70:12 77:20
  78:1,5 84:16
  86:21 90:19 91:1
  91:2,19 94:19
  97:12 99:22 100:3
  100:11
live   8:16 9:21
  10:22 48:13,15,24
lived   9:14,15,16
lives   8:18,21 49:1
  95:17,18,19
living   9:12
llc   14:11 15:10
  31:16 43:1
llp   2:8
loans   44:17
local   4:21 39:13
  49:13 82:19,22,23

locate   52:13
located   11:14
location   13:6
  15:23 16:1 82:8
lock   95:22
log   62:20,22
long   12:15 18:17
  18:17 22:23 44:14
  50:18 99:6
longer   57:17
look   64:21 67:5
  79:4,5 80:16,16
looked   41:16
  44:16,19 53:19
looking   10:11
  86:16
looks   39:9,13
  70:13 74:4
lose   88:22
lot   44:22,22 68:7
  84:3
lunch   97:11 98:23
  102:20

**m**

m   1:13 104:5
  105:7
machinists   83:16
mad   57:1 91:6
maiden   8:12,14
mail   15:17 21:10
  24:3 26:14 68:11
  77:24 89:11,16
  98:18,19
mailbox   93:13,15
  93:16,18
mailing   10:4 26:18
mails   33:1 93:10
  93:10
main   14:19 100:17
  100:19

major   11:17 60:7
majority   82:5
makeup   56:18,21
making   21:9 53:11
  88:9 96:12
manner   4:12
march   49:21 50:1
  50:6 62:24 74:5
  87:8,10,13,18,19
  92:18,20 94:2,7,10
  94:20,22 100:15
mark   20:4 26:3,11
  74:21,23
marked   19:23
  26:7 35:15 40:20
  61:17 75:5 76:23
  86:10
marking   40:16
married   8:13,15
  77:15
marshall   101:3
marshfield   9:24
  10:9,18,19 44:21
  101:4
martin   74:15
martins   67:21
mary   22:8 23:7
  24:5 37:1,13,14,24
  38:7,11,17 42:1
  43:19 61:4 77:20
  78:1,5 86:21
  99:22 100:3,12
maryland   97:24
matching   73:2
material   102:9
mean   13:5 17:13
  27:11 44:3 47:6
  55:4 58:14 61:6
  68:5 73:4 79:3
  81:6 88:19,24
  94:4 96:17 97:5

98:7
**meaning** 17:20
**meant** 89:16
**media** 76:4
**mediation** 83:4,8
  83:12
**medical** 22:6
**medication** 92:10
  92:11
**medications** 92:6
  92:12
**meet** 5:7
**member** 82:7,11
**members** 10:22
  39:22 40:1 48:13
  48:24 82:2
**mention** 43:13
**mentioned** 22:22
  44:13 49:18
**mentions** 50:10
**messages** 37:4
  93:6,17
**middle** 8:7 94:5,11
**midway** 13:11,13
**million** 37:17
**mind** 8:2 11:6
  17:15 22:20 40:16
  52:6 59:10 80:20
  81:17,19
**mine** 73:19
**minute** 6:21 7:7
  35:23 45:18
**minutes** 35:2
  50:21,23,24 52:3
**misled** 47:10
**missed** 45:6 85:24
**mobile** 16:23,24
  17:1 62:14,16
  81:4 86:4
**mobile's** 80:24

**model** 16:15
**mom** 71:19 82:14
  94:18 96:1,3,4
**moment** 67:15
**money** 25:8
**monitored** 28:11
**monitoring** 80:15
**month** 12:23 73:7
**mortar** 15:22
**mortgage** 44:21
  101:9
**mother** 8:18,24
**mother's** 8:20
**mouse** 62:2
**mouth** 32:4
**move** 95:12,24
  96:2,9
**moved** 9:18 10:24
  41:17 93:24
**moves** 96:13
**moving** 22:3 63:4
**multiple** 38:4,4
  54:22 72:3
**mutually** 51:9

**n**

**n** 3:1 8:5,6,8 9:4
  104:2
**name** 4:4 8:3,3,7
  8:12,13,14,20 9:3
  9:19 17:9 30:1,1,6
  47:5 78:24 81:12
  81:12
**named** 4:5 65:21
  72:13 104:9
**names** 8:10 77:16
**narrow** 99:9
**national** 94:5
**nature** 65:10
**necessarily** 102:24
**need** 6:17 7:4
  13:13 19:10 28:15

39:9 45:15 58:23
73:16 82:14 88:23
97:14 98:3,9,15
101:18 102:9,21
103:16
**needed** 36:10
**negative** 17:21
**never** 8:14 9:17
  29:11 37:2 38:9
  38:14,15 77:15
  89:1,4 100:1
**new** 11:1 22:12
  47:21 48:1 95:15
  95:16
**nicknames** 77:16
**nobody's** 81:11,12
**nod** 5:22
**noon** 97:22
**normal** 94:8,9,10
**normally** 7:2
**north** 2:9 105:9
**northern** 1:1 4:21
  20:8 41:2 66:3
  68:2,3
**notary** 1:14 104:6
  104:14 105:4,8
**note** 3:23 16:17
**notepad** 19:5
**notes** 19:4 98:8
**notice** 3:7 4:18
  20:10,15,17
**noticed** 93:4
**notification** 93:13
**number** 15:13,15
  16:7,10,12,13
  17:15 31:1,2,17,21
  31:21,23 32:1,16
  34:21 38:20,21
  39:2,6,8,10 47:1
  47:24 48:1 49:4,6
  49:8,13,13,15 50:2

50:3,4,5,8,9 54:23
55:2 57:3 67:19
68:12 70:15,18
72:17,23 81:19,21
82:7,11,13,18,19
86:19 88:10,12
89:4
**numbers** 31:5,9
  48:4,4,7,7 55:6,7
  82:3,22,23 88:2

**o**

**o** 9:4 32:13
**o'clock** 99:3
**object** 5:17 68:24
  69:9
**objections** 4:11
**obtain** 99:17
**obtaining** 62:13
**obviously** 14:8
**occasion** 88:20
**occupation** 100:17
  100:19
**offered** 14:7
**offhand** 17:12
  45:8
**office** 15:24
**official** 105:3
**oh** 15:3 17:11 21:2
  21:12,19,23 22:19
  28:21 30:15 34:23
  37:19 46:9 47:7
  47:17,17,24 48:20
  54:2,10,15 55:4,14
  56:1 57:9 62:19
  66:22 67:4,10
  68:13 73:19 79:12
  79:12,23 81:1
  82:14 85:19 91:8
  93:5,7 96:14
  97:16

**okay** 4:15 6:11,14
6:17 7:8,11,16,23
8:9,16,20,23 9:1
9:10,12,17 10:10
11:2,12,20 12:2,17
13:13 14:10,14
15:9,12,15 16:2,6
16:9,14,18,22
17:13 18:1,4,20
19:1,7,11,21 20:11
20:17,21 21:2,6,20
22:2,14 23:2,5,14
24:2,6,8,14,20
25:7,10,13,23 26:2
26:16,19,22 27:2
27:10,13,17 28:14
30:14,23 31:8,11
32:7 33:6,17,21
34:3,19,23 35:14
36:3,7 37:2,9,14
38:20 40:5,19
41:22 42:6 43:13
44:24 46:5,10,23
47:9 48:9,12 49:3
49:11,15 50:7,17
51:8 52:6,11,18
53:2,2,7,16,24
54:6,21 55:12
56:13 57:20 58:6
58:11,22 59:1,9
61:1 62:4,5,7,12
63:3,10,13,19,24
64:11 65:6,10,14
66:2,19 67:18
68:3,8,13,14 69:4
69:8,12,15,24 70:4
70:8,12,17,20,23
71:8,16,23 72:7
73:21,22 74:8,14
74:21 75:24 76:3
76:7,10,15 77:10

**okay** 77:14,18 78:4
79:18 80:2,6,18,23
81:3,7,10 83:14,21
84:13,19,22 85:20
86:6,13,15,19,24
87:15,22 88:15
89:19,23,23 90:11
90:14,18 92:23
94:24 97:21 98:3
99:13 100:1,5,13
101:22 102:4,6
103:8,11
**old** 9:8,10 91:12
**older** 96:11,11
**once** 33:5 60:19
**online** 62:19
**opened** 80:12
**opinion** 60:8,9
72:5
**opportunities** 64:1
64:15
**oral** 104:11
**order** 33:8 103:16
**orders** 103:13,14
**original** 60:22
71:11,16,24 83:23
**outcome** 68:18
**outgoing** 35:10
**outside** 48:13 59:7
102:18
**outstanding** 17:22
17:23 37:16 38:17
70:4 95:8
**overheard** 39:22
**overview** 66:7
**owe** 86:20
**owed** 37:23 87:1

**p**

**p** 9:4
**p.m.** 98:15 103:24

**p.o.** 26:14
**pacer** 67:6
**pad** 19:4
**page** 3:2,6 24:11
32:7 41:11
**paid** 38:2
**pandemic** 14:8
72:21 94:5,12
**papers** 19:3
**paragraph** 42:11
42:11,24 43:13
44:3,7 45:17 47:9
49:15,16 50:10
51:11 53:7 64:10
**park** 7:15 9:16,17
42:22
**part** 31:16 32:2
96:20
**particular** 14:24
17:17 50:2 75:16
**parties** 105:2
**party** 69:17
**pasted** 64:6
**pastor** 58:21
**paul** 2:4 4:3,8
20:18,23 51:16,22
52:6,16,22 59:7
62:23 67:8 69:5
71:13 73:15,18
76:18 79:13 85:1
85:16 89:10,24
98:9 102:2,15,22
103:2,21
**paulcamarena** 2:6
**paulcamarena.c...**
2:6
**pause** 7:6 102:7
**pay** 25:7,10 37:7
44:12
**payments** 45:6
63:7 101:10

**payton** 9:4,8,9
**pearland** 10:14,15
**pending** 95:1
**people** 31:14 32:3
36:19 47:4 54:22
55:15 57:2 58:20
71:19 72:17,18,23
73:17 75:18 79:9
79:14,16 81:3
82:20 83:17 91:16
92:24 93:16 96:12
**percent** 28:24
29:11 36:23 85:11
93:15,18 103:15
**period** 58:2 87:7
104:23
**permanently**
95:24 96:18
**permission** 66:17
**persistent** 36:16
**person** 5:24 6:23
7:2 28:17 29:3,17
36:11 47:22 57:14
66:11 70:24 88:23
**personal** 16:3,6,16
17:2 29:4,6,22
30:19,21 31:23
48:23 50:9,14
59:21 60:8 66:15
70:21 71:22 75:23
95:23
**personally** 89:9,11
100:9
**pertaining** 1:16
**phone** 3:13 6:19
15:12,15 16:7,12
16:15,16,18,22
17:1,3 26:24 27:3
27:8 28:5 30:19
30:20,21 31:4,5,6
31:12,17 33:10,12

**[phone - received]** Page 13

33:17 34:1,4 35:9
36:1,3 38:23 39:2
39:2,17,18 43:8
47:1,2,16 48:6
49:5,8 50:2,6,7,9
51:9,16,17,20,22
51:23 52:2 53:20
53:23 55:7 56:6
56:23 57:6,12,13
70:21 79:4 81:4,5
81:8,21 82:3,4,13
86:3 88:10,16,21
91:11,13 92:1
103:20 105:10
**phones** 16:3 81:7
81:11
**pick** 82:14
**picked** 28:5
**pissing** 56:5 91:8
**place** 9:24 10:2
51:13 78:14 91:16
**places** 9:23 45:20
**plaintiff** 1:5 2:7
3:7,20 41:3 64:13
**plaintiff's** 3:16,19
3:21 62:3 77:5
**plan** 85:13 95:24
96:24
**playing** 57:11,13
**plays** 91:13
**please** 37:7 38:3
**pleasure** 5:7
**plus** 81:23
**point** 5:8 17:17
25:11 36:13 37:8
38:12 56:4 57:5
57:17 61:14 71:20
91:7,10 100:24
**police** 82:8
**political** 11:17

**pop** 98:10
**popped** 9:20 14:10
**portal** 62:19
**position** 12:13
83:11 84:2,9
**positive** 17:19
**possession** 44:15
77:22
**possible** 22:9,11
24:4 25:5 31:18
31:20,24 32:6
34:12 49:23,24
50:1 74:13 96:1
100:8
**post** 76:3,7
**potentially** 18:8
**practices** 63:15,17
70:9
**preparation** 19:12
**present** 2:1 80:24
104:7
**pretty** 23:9 79:20
**previously** 98:24
104:8
**primarily** 13:11
**primary** 10:3 81:8
**prior** 54:14 74:24
87:4
**probably** 18:2
22:10 27:14,15
29:16 55:7 60:14
66:22 73:11 89:21
93:14 94:13,18
97:24
**problem** 22:3
**procedure** 1:15
4:20
**proceed** 4:19
**proceeding** 4:18
**process** 38:1

**produced** 102:10
102:13
**production** 85:9
**professional** 13:14
**professionals**
22:16
**properly** 23:11
**property** 101:2
**provide** 62:23
64:19
**provided** 3:23
104:22
**providers** 57:23
58:5
**pt** 24:21
**public** 1:14 104:6
104:14 105:4,8
**publicly** 67:9
**pull** 17:11 19:8
20:2,4 35:5 39:8
65:24
**pump** 23:10,11
**punch** 91:23,24
**purchase** 101:1
**purchased** 101:5
**purposes** 28:11,12
**pursuant** 1:14
4:18
**pursue** 14:5
**put** 56:17 71:17
80:5 103:12
**putting** 56:20
78:13

**q**

**quality** 28:12
**question** 5:18
18:16 23:13 44:2
59:2 74:14 77:14
85:2 87:8
**questions** 5:15 6:5
19:15 46:8 76:17

76:17 77:12 79:9
79:11 99:6 104:12
104:16
**quick** 9:19 100:14
**quite** 14:8 21:12
29:17 46:24

**r**

**r** 8:5 9:5,5 32:13
**ran** 99:5
**rare** 82:15
**rate** 63:11
**reach** 32:3
**read** 90:17
**ready** 93:2
**real** 10:3 32:19
60:5 79:24
**really** 18:22,23
34:14 36:15 37:9
37:10,10 55:4,5,24
56:5 61:7 63:12
73:1,3 75:21 83:9
91:5,5,6,6,6,18,18
91:18,21,22 92:11
93:9,21,22 94:4,19
96:2,11 100:20
**reask** 6:5
**reason** 7:5 32:20
49:3,7,10 60:5
61:3,5 88:17
**reasonable** 63:6
**reasons** 48:23
**recall** 23:6 39:1,5
65:16 66:19 78:4
78:6,8 80:6 86:16
86:18
**receipts** 65:1,4
**receive** 24:2 31:4,8
87:9
**received** 16:10,19
22:6,21 24:17
28:10 30:10,12,18

30:24 34:1 38:22
39:2,6 43:8 52:15
56:11 70:14 74:10
78:10 82:6,10
86:21 87:6,19
88:1,3
**receiving** 23:23
24:1,5 26:19,23
57:23 78:4,6 92:7
**recognize** 41:6
**recollection** 24:16
50:17
**reconvene** 98:15
102:8,21
**record** 3:13 4:9,16
6:2 30:6 35:9
51:21,23 52:2
64:12 102:16,18
102:19 103:13
104:16
**recorded** 28:12
**recording** 80:15
**records** 39:9 50:2
50:6 51:16,17
52:21 62:13,14,16
62:17,23 86:3
103:5
**recovery** 1:7 4:6
16:11,20 17:7,24
20:10 24:24 25:8
25:16 26:24 27:22
30:19 32:14,23
33:4,10 34:17
35:24 36:5 38:18
39:4,19,21 40:2,7
41:4,8,23 42:4
43:1,9 45:20 46:3
46:13 47:7 49:5
49:12 50:11 51:3
51:4,12 53:8,10,18
54:7,13 57:24

59:5,11 60:21
63:21 74:11,18
75:3,11 76:5
77:21 78:2,9 80:4
80:8 88:8 90:21
95:5
**red** 78:16 79:3
**reddit** 79:24 80:1
80:2,16
**redfin** 78:17,20
79:3,23,23
**reeled** 57:10
**rees** 2:8 4:5
**reference** 31:18,22
31:22
**references** 71:17
71:18
**referencing** 44:6,7
**referral** 73:18
**referrals** 32:3
**referred** 104:18
**referring** 44:20
52:9
**reflect** 4:16
**reflects** 64:13
**refrain** 55:1
**refresh** 24:16
**regarding** 58:1,3,5
58:16
**regular** 47:16
58:19
**relate** 86:7
**related** 63:8 72:10
83:22 101:24
**relates** 13:19
66:15 72:10 73:9
**relation** 63:14
83:6
**relationship** 48:3
**relative** 47:10
81:16

**relatives** 81:18
**relevant** 11:7
83:13
**relocating** 42:20
**remember** 12:23
22:7 23:20,23
24:1,4 25:4,16,19
26:19,23 27:4,7,12
27:20,24 29:21,23
30:3,17,23 33:24
37:19,21 39:7
40:10 41:13 45:4
46:17 49:19 50:19
51:1,14,15 55:10
55:11 56:11,13,18
57:20 73:6 77:8
78:11,13 80:2
90:11
**remote** 34:11
**remotely** 1:13
4:11 13:8 104:5
**rent** 10:21
**repair** 100:9
**report** 17:6,10,12
17:19,20 100:7,10
101:20
**reported** 104:5
**reporter** 26:5
35:13 40:18 74:23
76:22 98:13,16
103:12 104:22
**reporting** 99:21
100:6
**represent** 4:5
57:15 83:20,21
**representative**
83:10,24
**represented** 66:8
**representing**
65:22,23 66:1,20

**request** 3:22 62:13
62:18 85:9 86:14
89:5,8
**requested** 62:16
102:14 104:21,21
**requesting** 89:17
**requests** 86:17
**require** 13:5
**requirement**
69:19
**reschedule** 99:4
**research** 94:15
**reserve** 102:11
**reserving** 102:7
**resident** 42:12,15
42:16,17
**resp** 24:21
**respect** 43:17
101:19
**responses** 3:19,21
77:5,11 90:16
**rest** 103:6
**result** 99:14
**retirement** 14:7
**return** 26:14
**revenue** 1:7 4:6
16:11,20 17:6,23
20:10 24:24 25:7
25:16 26:23 27:22
30:18 32:14,22
33:3,9 34:17
35:24 36:5 38:18
39:3,19,21 40:2,7
41:4,8,23 42:4
43:1,9 45:20 46:2
46:13 47:7 49:5
49:12 50:11 51:2
51:4,12 53:8,10,17
54:7,12 57:24
59:5,11 60:20
63:21 74:11,18

75:3,11 76:5
77:20 78:2,9 80:4
80:8 88:8 90:21
95:5
**review** 19:11,14
41:16 90:15
104:20
**reviewed** 41:13,15
**reviewing** 77:8
**rider** 21:15
**right** 7:9,10,18,21
8:19 10:3,15 11:5
11:7,24 15:7
16:15 17:12 18:13
18:16 19:3,19
21:12 23:15 24:9
24:20,23 25:22
27:11 28:17 29:2
35:7,18 36:11
42:21 44:18 45:7
45:10,11,12,15
46:1,7,14 49:9
50:8 52:19 57:19
61:2 62:2 63:5,24
64:17 66:14 67:2
69:14,15 70:10,15
73:12,14,15 74:1
74:12 79:22 85:7
86:4 90:2,8,23
91:16 93:23 94:12
94:21 96:6,19
97:2,17,23,24
101:3 102:8,11
103:21
**ring** 103:9
**rmr** 1:14 104:5
105:7
**road** 24:13
**rock** 91:15
**roller** 75:14,16

**romeoville** 11:15
**room** 7:17
**routine** 94:8
**rule** 3:16 62:3
**rules** 1:15 4:19,20
4:21
**rundown** 22:21

**s**

**s** 3:5 8:6 9:5 32:13
**sad** 73:3
**samsung** 16:17
**save** 6:4
**saved** 31:5 82:3,5
**saving** 47:23
**saw** 30:24
**saying** 29:13 33:22
37:20 47:5,13,14
54:24 59:24 68:22
71:13 80:13 91:4
**says** 24:21 35:9,23
42:12,24 44:3
55:8 63:5,24 78:8
87:3,5 89:4
**scam** 36:15 78:15
79:7
**scammer** 36:17
**scanning** 83:1
**schedule** 94:21
**school** 8:22 11:24
12:3 81:2 94:14
94:15
**science** 11:11,17
**screen** 20:3,6,12
24:6 25:14 26:4
26:10,13 40:24
61:24 69:22 76:19
77:3 85:7 86:13
90:3
**screenshot** 35:18
36:4 38:21 52:20
85:21,22

**screenshots** 52:14
52:21
**seal** 105:3
**search** 9:19
**searched** 80:7
**second** 20:3 33:18
36:3 37:24 53:13
67:14 68:9 80:13
**section** 43:3 69:11
**see** 20:5,12 24:9
24:10,20 26:12
35:7 40:24 41:10
51:17,23 57:22
58:1,4 62:1,20
67:16,17 77:2,5,7
78:21
**seeing** 75:21 86:18
**seeking** 101:17
**seen** 20:14 21:8,16
22:1 24:15 58:9
58:11,18 62:4
76:18
**selling** 14:2
**send** 20:22,24
32:22 33:1 52:15
89:7
**sending** 52:7
**sense** 6:7,10 70:13
**sent** 20:17 21:14
35:3 51:21 61:22
76:18 89:4,10,16
**separate** 15:12,17
16:3
**september** 22:8,10
22:11 23:5,24
24:18
**seriously** 93:19
**service** 12:14,17
43:16 44:5 47:7
88:22

**services** 22:6
86:20
**set** 3:19 75:22
76:17 77:6 90:6
**settlement** 69:6,10
69:17 71:15 72:9
**seven** 18:11,15
**shake** 91:21
**share** 20:3 24:6
26:10 40:14 52:16
52:22 54:23 61:24
69:22 76:19 85:7
86:13
**shared** 26:3 52:2
**sharing** 25:13 90:2
**sharon** 8:24 9:1
**shell** 45:13
**sherhonda** 74:14
**shift** 61:20
**shopping** 11:3,5
**shorthand** 104:13
**show** 35:19 52:14
**showed** 38:22
**showing** 52:20
**shows** 85:23
**side** 13:21,21
**sigma** 13:24
**sign** 69:6
**signature** 90:8,8
105:3,7
**signed** 38:9 72:9
89:15 90:14
**significant** 43:14
43:15
**signing** 90:11
**silence** 33:20
**similar** 6:22 17:22
25:3 39:10 50:14
58:12 66:4 75:9
75:12

**[single - telephone]**                                   Page 16

**single** 101:7
**sister** 48:16 66:13
  67:21 71:6,7,8,18
  72:3,15 73:10
  74:15 75:19,20
  82:21 95:18 96:3
**sister's** 71:22
**situation** 58:2,3,5
  58:16
**six** 13:24
**skip** 77:18
**snap** 57:8
**social** 29:9 30:4
  76:3
**sold** 38:7
**solutions** 14:11
**somebody** 30:8
  36:14 48:1,1
  57:11 73:16 78:22
  81:20,24 88:16,21
  91:23
**son** 8:21,21 81:5
  82:12 94:13
**son's** 9:3
**soon** 97:12
**sorry** 6:9 32:12
  42:11 46:8,9,10
  54:15 67:4,7 68:6
  69:13 77:3 78:24
  79:24 85:15
**sort** 13:14,17,20
  15:6 44:16 72:11
  83:20 94:8 100:21
**sound** 49:21 74:11
**source** 14:19
**south** 2:4 7:14
  8:17 10:5,19
  26:17 42:22
**southwest** 12:12
  12:15,20,24 13:5,6
  13:16,19,22,24

14:4 23:14,18
  57:18 83:17 96:20
  100:16
**space** 10:9
**speak** 28:7
**speaking** 39:20
  42:21 44:1 88:16
  88:21
**specialists** 100:9
**specialize** 14:24
**specific** 11:3,6,17
  51:20 81:17,19
**specifically** 5:18
  29:23 54:16,20,24
  56:18 59:18 60:13
  75:17 78:12,19
  79:10 87:13
**spelling** 8:3
**split** 82:16
**spoke** 33:9,11 47:2
  50:4
**spoken** 100:8
**sports** 91:14
**springs** 26:15
**sprint** 16:23
**ss** 104:1
**stand** 28:23
**start** 14:4,17 95:11
**started** 4:8 13:22
  14:6,12,18 27:15
  29:3 42:18 50:5
  66:20 93:8 95:21
**starting** 22:6
  42:10
**state** 31:9 39:12
  50:11 67:24 104:1
**stated** 42:18 50:12
**statement** 53:11
**states** 1:1,16 9:13
  20:7 45:18

**station** 13:11 82:8
**statutory** 63:13
**stay** 92:11
**steal** 36:19
**stenographer**
  104:14
**stipulate** 4:9,13
  101:18
**stock** 79:20 94:15
**stocks** 94:16
**stop** 25:13 37:7,10
  38:3 57:13 60:9
  60:10 70:24 73:16
  73:17,17,20 89:5,8
  89:17 90:2 91:9
**stopped** 99:17
**straw** 84:6
**street** 101:3 105:9
**stress** 92:17
**stressed** 94:24
**stressful** 94:2,6
**strike** 34:15 57:21
**struggled** 43:16
  44:4
**student** 44:17
**stuff** 30:16 56:21
  79:14,19,20 81:12
  83:18 91:14 93:18
  94:15 96:9 99:17
  100:20
**subject** 102:7
**sugar** 23:12
**suite** 2:9 105:9
**summary** 28:3
**summer** 95:22,23
  95:23
**supplement**
  101:16
**supposed** 60:17
  71:12 72:1 79:4

**sure** 5:12 8:4
  18:12 19:9 21:9
  22:9,15 23:8,9
  26:5 28:5,24
  29:11,17,20 30:5
  33:7 35:2 36:11
  36:23 41:10,12
  42:7 50:22 52:9
  64:12 67:20 68:4
  69:4 72:14 83:2
  89:14 92:21 98:16
**surf** 7:1
**suspended** 103:24
**switch** 76:15
**sworn** 4:2 5:3
  104:10
**symptoms** 90:20
  90:22

**t**

**t** 3:5 8:5,5,6,8,8
  9:4 16:23,24 17:1
  32:13 62:14,16
  80:24 81:4 86:4
**take** 6:20 7:4,7
  29:16 59:13,17,22
  60:2,13,14 92:6,9
  97:11 98:7
**taken** 1:13 4:12
  8:13 104:13
**talk** 45:18 58:23
  59:3 71:15 103:4
**talked** 21:1 76:11
**talking** 28:17 29:2
  36:11 40:6 43:24
  50:15 51:6 53:13
  60:4 67:7 69:10
**talks** 10:12
**tatoos** 73:2
**telephone** 16:9
  30:10,17 31:1,2,8
  33:19 35:19,23

36:4 38:20,21
40:1 41:9 45:20
49:4,6,12,13,18
50:18 51:13 52:3
52:14,21 53:4,12
53:14,17 55:2,2,9
55:13 56:10 57:23
59:3 62:13 65:3
70:14,18 74:10
75:10 78:10 82:6
87:6,9,18 88:2,5,7
88:9,12 90:20
92:7,15,19 99:15
**tell** 47:3,4 59:10
59:20 60:9 74:1
79:5,14,22 80:17
**tells** 5:16,18 79:7
**ten** 22:12,17
**tenant** 10:23 11:1
**term** 43:2 91:1
**terms** 24:17 59:4
64:20 72:8 88:5
**testified** 5:3
**testify** 85:3
**texas** 9:18,19,21
9:23 10:2,14,15
11:2 13:11 19:17
19:19,21 42:19,20
48:16 70:14,18
82:16,18,21,22
82:23 95:12,16,19
95:19,24 96:2,4,8
96:9,14,18 97:5
**text** 6:24
**thank** 5:13 8:9 9:7
26:6 68:14 69:23
80:18 89:23 90:18
92:3 103:21
**thanks** 103:11,22
**therapist** 58:9,12
58:24

**therapy** 58:24
**thing** 42:18 44:11
44:16 47:21,21
54:3 83:20 84:14
85:20 86:2 100:21
**things** 5:23 7:1
17:19 40:11 44:22
45:1 60:7 84:7
94:22 99:5
**think** 6:21 11:7
23:11 24:2 27:6
40:13 46:5 50:20
54:6 59:1 66:10
76:21 79:2,2,15
80:19 85:1 94:15
95:7 101:23
**thinking** 80:9
**third** 42:11
**thought** 57:11
78:14 81:15
**thousand** 64:22
**three** 17:16 18:1
**timbuktu** 92:1
**time** 5:8 6:4 13:22
14:9,9 18:6 23:15
24:7 25:15,20
26:22 27:4,7
29:19 31:3,3
32:15,20 33:9,11
40:6 42:3,5 43:22
43:23,23,24 49:20
61:11 63:9 72:16
72:19,22 73:6,13
73:14 74:10 83:12
83:17 87:7,12,24
89:20 91:13 93:4
94:17 95:4,11
99:2,4 100:18,19
102:12 104:6,18
**timeline** 22:5
49:17

**times** 38:4 48:22
72:3,18 94:21
**tips** 79:20
**today** 6:2 12:19
19:12 20:15,19
85:22 87:5 103:1
**told** 20:20 32:17
38:4 51:5 59:12
59:16,22 60:2
61:13 66:10 72:4
73:23
**top** 24:10 26:12
27:7 35:22 62:1
68:12 77:3 93:22
**totally** 6:18 75:15
**townhouse** 10:14
**trainer** 13:10
**training** 13:15
14:1
**trainings** 13:17
**transact** 43:4
**transcript** 103:13
103:16 104:20
**transcripts** 3:24
**transition** 95:12
95:21
**transitioning** 9:22
**transunion** 100:1
**travel** 13:4,6 48:20
96:24
**traveled** 13:9
48:22
**treat** 23:3 92:7
**treated** 58:6
**tremble** 55:10
**trend** 72:20
**trial** 6:15 83:7
85:4,13 97:1,3
**tried** 44:8 80:3
95:21 99:4

**troy** 7:14 8:17
10:1,5,12 26:17
42:22
**true** 41:19,21 43:6
43:7 74:2 77:12
104:15
**try** 92:11,13 95:22
99:17 100:13
**trying** 21:7,24
28:9 36:15,19
46:11 54:2 56:17
71:9 78:15,23
90:23 94:16 95:11
**turn** 91:11
**twitter** 32:9,10
76:7
**two** 9:23 16:2
17:15 18:2 52:3
52:20 60:3,7 81:7
97:20 99:2
**type** 23:4 59:14
60:15 75:13 84:7
96:13
**typically** 31:6,11
34:8,9 39:17
47:14 48:2,9

| u |
|---|

**u.s.** 41:1
**uh** 7:12 9:2 13:3
19:6 23:16 48:11
50:16 53:15 62:21
74:7 77:7
**undersigned**
104:13,24
**understand** 69:5
84:15
**understanding**
22:5 41:22 42:8
45:24 49:11 60:10
60:18 63:19 71:21

understood  19:14
union  83:16,24
   84:14
unionized  83:11
unit  101:8
united  1:1,16 3:9
   20:7 23:22 24:12
   61:15
university  11:13
   97:17 98:1
unknown  82:7
   88:2,4,17
upset  55:9,12,14
   56:8,9 75:20
   91:18,18,21
upwards  64:22
usc  43:3
use  16:3,23 17:1
   85:13

**v**

vague  91:1
veritext  98:17,18
verizon  16:23
versus  20:9 41:3
   67:22 68:19 75:2
   75:4
videoconference
   1:12 2:1 104:3,7
   104:11
violation  72:5
violations  63:20
   70:9
virtual  15:24
   94:13,14
visit  23:5,24 24:18
   48:21
visited  22:16
visiting  22:7 78:8
   78:11
visits  22:12

voice  28:6 37:4
   93:9,10
voluntary  84:2,9
   84:12
vs  1:6

**w**

wait  103:19
waives  4:11
walk  94:9
want  22:4 33:6
   40:8,9 56:3 59:24
   65:20 67:11 68:10
   69:16 73:12 79:5
   79:21 85:10 87:3
   89:3 90:5,7 91:7
   91:10,23 96:2,5,10
   96:15 98:21
   101:15 103:2,5,12
wants  69:17
warranted  38:1
way  18:14,15
   37:17 44:3 60:16
   60:21 61:13,22
   83:13 84:4,6 92:1
   94:21
we've  10:12
wear  23:10
weather  96:9
website  15:10 78:9
   78:11,13 79:1
weird  37:4,22 47:8
   48:4 60:5 94:20
welcome  68:15
went  23:7 28:20
   41:17 49:17 60:8
   73:23 74:3 81:14
   84:5,7
wifi  34:9,13 89:1
withdraw  64:5,9
withdrawing
   64:13

witness  3:2 4:1 5:2
   6:14 20:22 21:2
   53:2 67:2,4,7,10
   67:17 69:13 71:16
   85:16 104:4,10,17
   105:3
witnesses  85:3
wondering  97:11
word  32:4
words  55:20 59:9
work  4:4 11:9
   13:7,8 23:10
   36:22 94:12
worked  13:9
workers  83:16,21
working  23:14
   57:17 72:19,20
   100:15,16
world  94:23
worried  95:3
worry  21:22
wow  48:20
wrap  98:5
write  19:10 30:15
writing  89:5,8
   100:23
written  51:19
   76:17
wrong  29:17 37:21
   59:11,15 60:8
   64:7
wrote  41:15

**x**

x  3:1,5 104:20
xfinity  34:13

**y**

y  9:4 32:13
yeah  10:23 12:22
   13:9,23 14:3,21,21
   14:21 16:1 18:7

18:10,14 19:9
   20:20 21:9,24
   22:15,19 23:8
   30:12 32:6,6 34:2
   35:4,4 40:8,12
   41:15 43:7 44:23
   45:24 46:4,14
   47:13 48:23 50:22
   52:5,8 55:11,14
   56:15,22 57:7
   58:18 61:9 62:15
   67:13,17 68:1
   73:11 74:2 77:4
   79:6 80:9,15 81:1
   82:5,10,12,20,23
   83:6,9,23 84:11,11
   84:11,11,11 87:20
   87:20 88:3,20,24
   89:22 91:4 92:4
   94:20 95:15,15
   96:9 97:3 98:24
   101:4,13
year  12:19,19,20
   27:19 65:18,20
   66:22,24 67:1,2
   73:7,12 74:6
   91:12 95:14,15
years  12:16,17
   18:11,15 22:17,18
   22:22,23 23:1
yep  70:16

**z**

zey  97:19
zip  39:7
zoom  54:10 99:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.