# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

BRITTANI DANETTE ATKINS, )
    Plaintiff, )
     )
v. )
     )
HEALTHCARE REVENUE RECOVERY GROUP, L.L.C., )
    Defendant. )

## BRITTANI ATKINS' DECLARATION

I, Brittani Atkins, being first sworn on oath, state as follows:

1) I am the Plaintiff in the instant matter.

2) The Defendant's March 31, 2021 call to me interrupted me.

3) The Defendant's April 6, 2021 call to me interrupted me.

4) The Defendant's April 8, 2021 call to me interrupted me.

5) The Defendant's April 12, 2021 call to me interrupted me.

6) The Defendant's April 14, 2021 call to me interrupted me.

7) The Defendant's April 16, 2021 call to me interrupted me.

8) The Defendant's April 20, 2021 call to me interrupted me.

9) The Defendant's April 22, 2021 call to me interrupted me.

10) The Defendant's April 27, 2021 call to me interrupted me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/25/22.

*DocuSigned by:*
*[signature]*
BB57DB37878B4A9...

Brittani Atkins