**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

Brittani Danette Atkins

                        Plaintiff,

v.                                                                    Case No.: 1:21−cv−02408
                                                                      Honorable Manish S. Shah

Healthcare Revenue Recovery Group LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 26, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Telephone status hearing held. Jury trial is set for 6/5/23 at 9:30 a.m. The court will reserve two days for trial of this case. The proposed pretrial order shall be submitted to this court's proposed order email inbox at proposed_order_shah@ilnd.uscourts.gov and filed on the court's docket by 5/18/23. Consolidated motions in limine shall also be filed by 5/18/23. Responses to motions in limine shall be filed by 5/25/23. The court will rule orally on the motions in limine at the final pretrial conference set for 6/1/23 at 1:30 p.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.