**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *BRITTANI DANETTE ATKINS*, | ) |
|     Plaintiff, | ) |
| | ) |
| *v.* | ) |
| | ) |
| *HEALTHCARE REVENUE RECOVERY GROUP, L.L.C.*, | ) |
|     Defendant. | ) |

**PLAINTIFF'S MOTION TO DISMISS**

Plaintiff respectfully moves this Honorable Court to dismiss without prejudice any claim as to any Defendant in the instant case. Plaintiff further respectfully moves this Honorable Court to convert the dismissal to a dismissal with prejudice in 60 days.

    Respectfully submitted,
    Plaintiff's Counsel
    North & Sedgwick, L.L.C.
by:   */s/ Paúl Camarena*  .
    Paúl Camarena, Esq.
    500 So. Clinton, No. 132
    Chicago, IL 60607
    (312) 493-7494
    paulcamarena@paulcamarena.com