**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Brittani Danette Atkins

                                        Plaintiff,

v.                                                                           Case No.: 1:21−cv−02408
                                                                            Honorable Manish S. Shah

Healthcare Revenue Recovery Group LLC

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 3, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The motion to dismiss [59] is granted. This case is dismissed without prejudice. On 6/5/23, the dismissal shall automatically convert to one with prejudice. All pretrial filing deadlines and trial dates are stricken. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.