**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *BRITTANI DANETTE ATKINS*, | ) |
| Plaintiff, | ) |
| | ) |
| *v.* | ) |
| | ) |
| *HEALTHCARE REVENUE RECOVERY GROUP, L.L.C.*, | ) |
| Defendant. | ) |

**PLAINTIFF BRITTANI ATKINS' MOTION TO STRIKE DISMISSAL
AND TO SET TRIAL DATE**

Plaintiff Ms. Brittani Atkins, by her counsel, respectfully moves the Court to strike its dismissal of this action and to re-set a trial date. The parties executed a settlement agreement and the Court dismissed this action without prejudice. However, the Defendant has failed to comply with its obligations pursuant to that agreement and defense counsel has not responded to Plaintiff's counsel's inquiry. Wherefore, Ms. Atkins respectfully moves the Court to strike its dismissal and to re-set a trial in this action.

      Respectfully submitted,
      Plaintiff's, Britani Atkins's, Counsel
      North & Sedgwick, L.L.C.
by:   */s/ Paúl Camarena*
      Paúl Camarena, Esq.
      500 So. Clinton, No. 132
      Chicago, IL 60607
      paulcamarena@paulcamarena.com
      (312) 493-7494