**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *BRITTANI DANETTE ATKINS*, | ) |
|     Plaintiff, | ) |
| | ) |
| *v.* | ) |
| | ) |
| *HEALTHCARE REVENUE RECOVERY GROUP, L.L.C.*, | ) |
|     Defendant. | ) |

**PLAINTIFF BRITTANI ATKINS' MOTION TO WITHDRAW HER
MOTION TO STRIKE DISMISSAL**

    Plaintiff Ms. Brittani Atkins, by her counsel, respectfully moves the Court to voluntarily withdraw her Motion to Strike the Court's dismissal.

    Respectfully submitted,
    Plaintiff's, Britani Atkins's, Counsel
    North & Sedgwick, L.L.C.
by:   */s/ Paúl Camarena*
    Paúl Camarena, Esq.
    500 So. Clinton, No. 132
    Chicago, IL 60607
    paulcamarena@paulcamarena.com
    (312) 493-7494