## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Brittani Danette Atkins
                                        Plaintiff,

v.                                                                Case No.: 1:21−cv−02408
                                                                       Honorable Manish S. Shah

Healthcare Revenue Recovery Group LLC
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion to withdraw [62] is granted, and the motion to strike [61] is withdrawn. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.